**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:25-cv-05017-CHK |
| Plaintiff, | |
| v. | |
| FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG, | |
| Defendants. | |

**NOTICE OF KENNETH RIISBORG AND ANDVIC HOLDING APS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Kenneth Riisborg and Andvic Holding ApS ("Riisborg

and Andvic") move this Court for an order: (1) appointing Riisborg and Andvic as Lead Plaintiff

pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15

U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the

"PSLRA"); (2) approving Riisborg and Andvic's selection of Glancy Prongay & Murray LLP as

Lead Counsel for the class; and (3) granting such other relief as the Court may deem to be just and

proper (the "Motion").

Riisborg and Andvic seek appointment as lead plaintiff and approval of their choice of

counsel pursuant to the Exchange Act and the PSLRA. This motion is based on this notice, the

attached memorandum of law, the declaration of Gregory B. Linkh, and the Court's complete files

and records in this action, as well as such further argument as the Court may allow at a hearing on

this motion.

Respectfully submitted,

DATED: November 7, 2025                 **GLANCY PRONGAY & MURRAY LLP**

By: __/s/ Gregory B. Linkh__
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

1

Facsimile: (310) 201-9160

*Counsel for Kenneth Riisborg and Andvic Holding
ApS and Proposed Lead Counsel for the Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On November 7, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 7, 2025, at Brooklyn, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh