**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG,<br><br>                    Defendants. | Case No. 1:25-cv-05017-CHK |

**[PROPOSED] ORDER GRANTING KENNETH RIISBORG AND ANDVIC HOLDING APS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Having considered Kenneth Riisborg and Andvic Holding ApS's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Kenneth Riisborg and Andvic Holding ApS as Lead Plaintiff; and

3.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.


**IT IS SO ORDERED.**


Dated: _____          _____
                                        HON. CLAY H. KAMINSKY
                                        UNITED STATES DISTRICT JUDGE

1