**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG,<br><br>Defendants. | Case No. 1:25-cv-05017-CHK |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF KENNETH RIISBORG AND ANDVIC HOLDING APS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Kenneth Riisborg and Andvic Holding ApS ("Riisborg and Andvic") and proposed Lead Counsel for the class in the above-captioned action. I make this declaration in support of Kenneth Riisborg and Andvic Holding ApS's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:      Press release published September 9, 2025 on *Globe Newswire*, announcing the pendency of the securities class action against the Defendants herein;

Exhibit B:      Riisborg and Andvic's Signed PSLRA Certification;

Exhibit C:      Analysis of Riisborg and Andvic's financial interest; and

Exhibit D:      Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 7th day of November 2025.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On November 7, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 7, 2025, at Brooklyn, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh