# EXHIBIT A

 


# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Fly-E Group, Inc. Securities and Sets a Lead Plaintiff Deadline of November 7, 2025

September 09, 2025 12:58 ET  | Source: Levi & Korsinsky, LLP

**Company Profile**

**Levi & Korsinsky, LLP**

**Industry:** Specialized Consumer Services

**Website:**
https://zlk.com

**Press Release Actions**

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

**Share**




NEW YORK, Sept. 09, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

To: All persons or entities who purchased or otherwise acquired securities of Fly-E Group, Inc. ("Fly-E" or the "Company") (NASDAQ: FLYE) between July 15, 2025, to August 14, 2025, both dates inclusive. You are hereby notified that the class action lawsuit *Dino Kurt v. Fly-E Group, Inc., et al.* (Case No. 1:25-cv-05017) has been commenced in the United States District Court for the Eastern District of New York. To get more information go to:

**Set Your Preferences**

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our Privacy Policy

Cookies Settings

Reject All

Accept All





artificially inflated prices.

On August 14, 2025, the truth emerged when Fly-E filed a form NT 10-Q: Notification of inability to timely file Form 10-Q for the first quarter of fiscal year 2026 revealing a substantial decrease of 32% in net revenues "primarily driven by a decrease in total units sold." In pertinent part, the Company attributed the decline to "recent lithium-battery accidents involving E-Bikes and E-Scooters."

Investors and analysts reacted immediately to Fly-E's revelation. The price of Fly E's common stock declined dramatically. From a closing market price of $7.76 per share on August 14, 2025, Fly-E's stock price fell to $1.00 per share on August 15, 2025, a decline of about 87% in the span of just a single day.

**If you suffered a loss in FLYE securities, you have until November 7, 2025,** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

CONTACT:

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 27th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

Set Your Preferences

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our

Privacy Policy

 

Newsroom

Services

Contact Us

Sign In

Register



# Recommended Reading

November 06, 2025 16:26 ET | Source: Levi & Korsinsky, LLP

## December 26, 2025 Deadline: Contact Levi & Korsinsky to Join Class Action Suit Against DXCM

NEW YORK, Nov. 06, 2025 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in DexCom, Inc. ("DexCom, Inc." or the "Company") (NASDAQ: DXCM) of a class action securities lawsuit. CLASS...

Read More

November 06, 2025 16:26 ET | Source: Levi & Korsinsky, LLP

## Avantor, Inc. Securities Fraud Class Action Lawsuit Pending: Contact Levi & Korsinsky Before December 29, 2025 to Discuss Your Rights – AVTR

NEW YORK, Nov. 06, 2025 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in Avantor, Inc. ("Avantor, Inc." or the "Company") (NYSE: AVTR) of a class action securities lawsuit. CLASS...

Read More

# Explore

  

## Set Your Preferences

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our Privacy Policy

3/4

EQ | GlobeNewswire by notified

Newsroom

Services

Contact Us

Sign In

Register

🔔

*4/4*

Français

Deutsch

**Newswire Distribution Network & Management**

Home

Newsroom

RSS Feeds

Notified

Legal

Contact us

Resources

© 2025 Digital Media Innovations, LLC. All rights reserved.

in   X

**Set Your Preferences**

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our Privacy Policy