# EXHIBIT B

## SWORN CERTIFICATION OF PLAINTIFF
## FLY-E GROUP, INC. (FLYE) SECURITIES LITIGATION

I, Kenneth Riisborg, on behalf of myself, and as the owner of Andvic Holding ApS, certify that:

1.   I have reviewed the Complaint, adopt its allegations, and authorize its filing and/or the filing of lead plaintiff motion on behalf of myself and Andvic Holding ApS.

2.   I am duly authorized to institute legal action on Andvic Holding ApS's behalf, including legal action against Fly-E Group, Inc., and other defendants.

3.   Andvic Holding ApS and I did not purchase the Fly-E Group, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

4.   Andvic Holding ApS and I are willing to serve as a representative party on behalf of a class, and I am willing to provide testimony at deposition and trial, if necessary.

5.   Andvic Holding ApS's and my transactions in Fly-E Group, Inc. securities during the period set forth in the Complaint are as follows:

    (See attached transactions)

6.   Andvic Holding ApS and I have not sought to serve, nor served, as a representative party on behalf of a class under the Private Securities Litigation Reform Act of 1995 during the last three years, except for the following:

7.   Andvic Holding ApS and I will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

11/6/2025
_____
Date

Signed by:
_KR_
EECF9907677B470...
_____
Kenneth Riisborg, Individually and as the
Owner of Andvic Holding ApS

**Andvic Holding ApS's Transactions in Fly-E Group, Inc. (FLYE)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 7/23/2025 | Bought | 2,817 | $5.0371 |
| 7/23/2025 | Bought | 2,364 | $5.0300 |
| 7/23/2025 | Bought | 154 | $5.0300 |
| 7/23/2025 | Bought | 1,329 | $5.0300 |
| 7/23/2025 | Bought | 1,256 | $5.0300 |
| 7/23/2025 | Bought | 15 | $5.0300 |
| 7/23/2025 | Bought | 1 | $5.0300 |
| 7/25/2025 | Bought | 2,597 | $5.2987 |
| 7/30/2025 | Sold | -7,113 | $5.7706 |
| 7/30/2025 | Sold | -2,265 | $5.7706 |
| 7/30/2025 | Sold | -455 | $5.7800 |
| 7/30/2025 | Sold | -700 | $5.7701 |
| 8/7/2025 | Bought | 144 | $6.5800 |
| 8/7/2025 | Bought | 56 | $6.5800 |
| 8/7/2025 | Bought | 144 | $6.5800 |
| 8/8/2025 | Bought | 152 | $6.7600 |
| 8/8/2025 | Bought | 100 | $6.7600 |
| 8/8/2025 | Bought | 578 | $6.7600 |
| 8/8/2025 | Bought | 48 | $6.7600 |
| 8/8/2025 | Bought | 22 | $6.7600 |
| 8/8/2025 | Bought | 476 | $6.7600 |
| 8/8/2025 | Bought | 400 | $6.7600 |
| 8/8/2025 | Bought | 398 | $6.7600 |
| 8/8/2025 | Bought | 370 | $6.7600 |
| 8/8/2025 | Bought | 300 | $6.7600 |
| 8/8/2025 | Bought | 300 | $6.7600 |
| 8/8/2025 | Bought | 100 | $6.7600 |
| 8/8/2025 | Bought | 30 | $6.7600 |
| 8/8/2025 | Bought | 30 | $6.7600 |
| 8/8/2025 | Bought | 24 | $6.7600 |
| 8/8/2025 | Bought | 24 | $6.7600 |
| 8/8/2025 | Bought | 476 | $6.7600 |
| 8/8/2025 | Bought | 370 | $6.7600 |
| 8/8/2025 | Bought | 24 | $6.7600 |
| 8/8/2025 | Bought | 300 | $6.7600 |
| 8/8/2025 | Bought | 476 | $6.7600 |
| 8/8/2025 | Bought | 400 | $6.7600 |
| 8/8/2025 | Bought | 300 | $6.7600 |
| 8/8/2025 | Bought | 500 | $6.7600 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/8/2025 | Bought | 400 | $6.7600 |
| 8/8/2025 | Bought | 100 | $6.7600 |
| 8/8/2025 | Bought | 500 | $6.7600 |
| 8/8/2025 | Bought | 182 | $6.7600 |
| 8/8/2025 | Bought | 100 | $6.7600 |
| 8/8/2025 | Bought | 100 | $6.7600 |
| 8/8/2025 | Bought | 60 | $6.7600 |
| 8/8/2025 | Bought | 500 | $6.7600 |
| 8/8/2025 | Bought | 200 | $6.7600 |
| 8/8/2025 | Bought | 300 | $6.7600 |
| 8/8/2025 | Bought | 500 | $6.7600 |
| 8/8/2025 | Bought | 400 | $6.7600 |
| 8/8/2025 | Bought | 300 | $6.7600 |
| 8/8/2025 | Bought | 146 | $6.7600 |
| 8/8/2025 | Bought | 40 | $6.7600 |
| 8/8/2025 | Bought | 1,000 | $6.7600 |
| 8/8/2025 | Bought | 200 | $6.7600 |
| 8/8/2025 | Bought | 500 | $6.7600 |
| 8/8/2025 | Bought | 400 | $6.7600 |
| 8/8/2025 | Bought | 300 | $6.7600 |
| 8/8/2025 | Bought | 300 | $6.7600 |
| 8/8/2025 | Bought | 300 | $6.7600 |
| 8/8/2025 | Bought | 100 | $6.7600 |
| 8/8/2025 | Bought | 1,300 | $6.7600 |
| 8/8/2025 | Bought | 1,000 | $6.7600 |
| 8/8/2025 | Bought | 300 | $6.7600 |
| 8/8/2025 | Bought | 600 | $6.7600 |
| 8/8/2025 | Bought | 600 | $6.7600 |
| 8/8/2025 | Bought | 598 | $6.7600 |
| 8/8/2025 | Bought | 500 | $6.7600 |
| 8/8/2025 | Bought | 400 | $6.7600 |
| 8/8/2025 | Bought | 300 | $6.7600 |
| 8/8/2025 | Bought | 400 | $6.7600 |
| 8/8/2025 | Bought | 300 | $6.7600 |
| 8/8/2025 | Bought | 200 | $6.7600 |
| 8/8/2025 | Bought | 100 | $6.7600 |
| 8/8/2025 | Bought | 100 | $6.7600 |
| 8/8/2025 | Bought | 371 | $6.7550 |
| 8/8/2025 | Bought | 300 | $6.7550 |
| 8/8/2025 | Bought | 203 | $6.7550 |
| 8/8/2025 | Bought | 100 | $6.7550 |
| 8/8/2025 | Bought | 100 | $6.7550 |

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 8/8/2025 | Bought | 6,868 | $6.7500 |
| 8/8/2025 | Bought | 610 | $6.7500 |
| 8/8/2025 | Bought | 300 | $6.7500 |
| 8/8/2025 | Bought | 200 | $6.7500 |
| 8/8/2025 | Bought | 200 | $6.7500 |
| 8/8/2025 | Bought | 200 | $6.7500 |
| 8/8/2025 | Bought | 200 | $6.7500 |
| 8/8/2025 | Bought | 100 | $6.7500 |
| 8/8/2025 | Bought | 2 | $6.7500 |
| 8/14/2025 | Bought | 4,099 | $7.5446 |
| 8/14/2025 | Bought | 100 | $7.5400 |
| 8/14/2025 | Bought | 100 | $7.5400 |
| 8/14/2025 | Bought | 100 | $7.5400 |
| 8/14/2025 | Bought | 600 | $7.5310 |
| 8/14/2025 | Bought | 100 | $7.5373 |

**Kenneth Riisborg's Individual Transactions in Fly-E Group, Inc. (FLYE)**

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 8/14/2025 | Bought | 1,025 | $7.5300 |