# EXHIBIT C

# Financial Interest Analysis

**Company Name:** Fly-E Group, Inc.
**Ticker:** FLYE
**Class Period:** July 15, 2025 to August 14, 2025

**Name:** Andvic Holding ApS

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|------|--------|--------------|--------------|------------|------------|---------|
| 7/23/2025 | 2,817 | $5.0371 | -$14,189.5107 | | $0.0000 | -$14,189.51 |
| 7/23/2025 | 2,364 | $5.0300 | -$11,890.9200 | | $0.0000 | -$11,890.92 |
| 7/23/2025 | 154 | $5.0300 | -$774.6200 | | $0.0000 | -$774.62 |
| 7/23/2025 | 1,329 | $5.0300 | -$6,684.8700 | | $0.0000 | -$6,684.87 |
| 7/23/2025 | 1,256 | $5.0300 | -$6,317.6800 | | $0.0000 | -$6,317.68 |
| 7/23/2025 | 15 | $5.0300 | -$75.4500 | | $0.0000 | -$75.45 |
| 7/23/2025 | 1 | $5.0300 | -$5.0300 | | $0.0000 | -$5.03 |
| 7/25/2025 | 2,597 | $5.2987 | -$13,760.7239 | | $0.0000 | -$13,760.72 |
| 7/30/2025 | -7,113 | | $0.0000 | $5.7706 | $41,046.2778 | $41,046.28 |
| 7/30/2025 | -2,265 | | $0.0000 | $5.7706 | $13,070.4090 | $13,070.41 |
| 7/30/2025 | -455 | | $0.0000 | $5.7800 | $2,629.9000 | $2,629.90 |
| 7/30/2025 | -700 | | $0.0000 | $5.7701 | $4,039.0700 | $4,039.07 |
| 8/7/2025 | 144 | $6.5800 | -$947.5200 | | $0.0000 | -$947.52 |
| 8/7/2025 | 56 | $6.5800 | -$368.4800 | | $0.0000 | -$368.48 |
| 8/7/2025 | 144 | $6.5800 | -$947.5200 | | $0.0000 | -$947.52 |
| 8/8/2025 | 152 | $6.7600 | -$1,027.5200 | | $0.0000 | -$1,027.52 |
| 8/8/2025 | 100 | $6.7600 | -$676.0000 | | $0.0000 | -$676.00 |
| 8/8/2025 | 578 | $6.7600 | -$3,907.2800 | | $0.0000 | -$3,907.28 |
| 8/8/2025 | 48 | $6.7600 | -$324.4800 | | $0.0000 | -$324.48 |
| 8/8/2025 | 22 | $6.7600 | -$148.7200 | | $0.0000 | -$148.72 |
| 8/8/2025 | 476 | $6.7600 | -$3,217.7600 | | $0.0000 | -$3,217.76 |
| 8/8/2025 | 400 | $6.7600 | -$2,704.0000 | | $0.0000 | -$2,704.00 |
| 8/8/2025 | 398 | $6.7600 | -$2,690.4800 | | $0.0000 | -$2,690.48 |
| 8/8/2025 | 370 | $6.7600 | -$2,501.2000 | | $0.0000 | -$2,501.20 |
| 8/8/2025 | 300 | $6.7600 | -$2,028.0000 | | $0.0000 | -$2,028.00 |
| 8/8/2025 | 300 | $6.7600 | -$2,028.0000 | | $0.0000 | -$2,028.00 |
| 8/8/2025 | 100 | $6.7600 | -$676.0000 | | $0.0000 | -$676.00 |
| 8/8/2025 | 30 | $6.7600 | -$202.8000 | | $0.0000 | -$202.80 |
| 8/8/2025 | 30 | $6.7600 | -$202.8000 | | $0.0000 | -$202.80 |
| 8/8/2025 | 24 | $6.7600 | -$162.2400 | | $0.0000 | -$162.24 |
| 8/8/2025 | 24 | $6.7600 | -$162.2400 | | $0.0000 | -$162.24 |
| 8/8/2025 | 476 | $6.7600 | -$3,217.7600 | | $0.0000 | -$3,217.76 |
| 8/8/2025 | 370 | $6.7600 | -$2,501.2000 | | $0.0000 | -$2,501.20 |
| 8/8/2025 | 24 | $6.7600 | -$162.2400 | | $0.0000 | -$162.24 |

# Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/8/2025 | 300 | $6.7600 | -$2,028.0000 | | $0.0000 | -$2,028.00 |
| 8/8/2025 | 476 | $6.7600 | -$3,217.7600 | | $0.0000 | -$3,217.76 |
| 8/8/2025 | 400 | $6.7600 | -$2,704.0000 | | $0.0000 | -$2,704.00 |
| 8/8/2025 | 300 | $6.7600 | -$2,028.0000 | | $0.0000 | -$2,028.00 |
| 8/8/2025 | 500 | $6.7600 | -$3,380.0000 | | $0.0000 | -$3,380.00 |
| 8/8/2025 | 400 | $6.7600 | -$2,704.0000 | | $0.0000 | -$2,704.00 |
| 8/8/2025 | 100 | $6.7600 | -$676.0000 | | $0.0000 | -$676.00 |
| 8/8/2025 | 500 | $6.7600 | -$3,380.0000 | | $0.0000 | -$3,380.00 |
| 8/8/2025 | 182 | $6.7600 | -$1,230.3200 | | $0.0000 | -$1,230.32 |
| 8/8/2025 | 100 | $6.7600 | -$676.0000 | | $0.0000 | -$676.00 |
| 8/8/2025 | 100 | $6.7600 | -$676.0000 | | $0.0000 | -$676.00 |
| 8/8/2025 | 60 | $6.7600 | -$405.6000 | | $0.0000 | -$405.60 |
| 8/8/2025 | 500 | $6.7600 | -$3,380.0000 | | $0.0000 | -$3,380.00 |
| 8/8/2025 | 200 | $6.7600 | -$1,352.0000 | | $0.0000 | -$1,352.00 |
| 8/8/2025 | 300 | $6.7600 | -$2,028.0000 | | $0.0000 | -$2,028.00 |
| 8/8/2025 | 500 | $6.7600 | -$3,380.0000 | | $0.0000 | -$3,380.00 |
| 8/8/2025 | 400 | $6.7600 | -$2,704.0000 | | $0.0000 | -$2,704.00 |
| 8/8/2025 | 300 | $6.7600 | -$2,028.0000 | | $0.0000 | -$2,028.00 |
| 8/8/2025 | 146 | $6.7600 | -$986.9600 | | $0.0000 | -$986.96 |
| 8/8/2025 | 40 | $6.7600 | -$270.4000 | | $0.0000 | -$270.40 |
| 8/8/2025 | 1,000 | $6.7600 | -$6,760.0000 | | $0.0000 | -$6,760.00 |
| 8/8/2025 | 200 | $6.7600 | -$1,352.0000 | | $0.0000 | -$1,352.00 |
| 8/8/2025 | 500 | $6.7600 | -$3,380.0000 | | $0.0000 | -$3,380.00 |
| 8/8/2025 | 400 | $6.7600 | -$2,704.0000 | | $0.0000 | -$2,704.00 |
| 8/8/2025 | 300 | $6.7600 | -$2,028.0000 | | $0.0000 | -$2,028.00 |
| 8/8/2025 | 300 | $6.7600 | -$2,028.0000 | | $0.0000 | -$2,028.00 |
| 8/8/2025 | 300 | $6.7600 | -$2,028.0000 | | $0.0000 | -$2,028.00 |
| 8/8/2025 | 100 | $6.7600 | -$676.0000 | | $0.0000 | -$676.00 |
| 8/8/2025 | 1,300 | $6.7600 | -$8,788.0000 | | $0.0000 | -$8,788.00 |
| 8/8/2025 | 1,000 | $6.7600 | -$6,760.0000 | | $0.0000 | -$6,760.00 |
| 8/8/2025 | 300 | $6.7600 | -$2,028.0000 | | $0.0000 | -$2,028.00 |
| 8/8/2025 | 600 | $6.7600 | -$4,056.0000 | | $0.0000 | -$4,056.00 |
| 8/8/2025 | 600 | $6.7600 | -$4,056.0000 | | $0.0000 | -$4,056.00 |
| 8/8/2025 | 598 | $6.7600 | -$4,042.4800 | | $0.0000 | -$4,042.48 |
| 8/8/2025 | 500 | $6.7600 | -$3,380.0000 | | $0.0000 | -$3,380.00 |
| 8/8/2025 | 400 | $6.7600 | -$2,704.0000 | | $0.0000 | -$2,704.00 |
| 8/8/2025 | 300 | $6.7600 | -$2,028.0000 | | $0.0000 | -$2,028.00 |
| 8/8/2025 | 400 | $6.7600 | -$2,704.0000 | | $0.0000 | -$2,704.00 |
| 8/8/2025 | 300 | $6.7600 | -$2,028.0000 | | $0.0000 | -$2,028.00 |
| 8/8/2025 | 200 | $6.7600 | -$1,352.0000 | | $0.0000 | -$1,352.00 |

# Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/8/2025 | 100 | $6.7600 | -$676.0000 | | $0.0000 | -$676.00 |
| 8/8/2025 | 100 | $6.7600 | -$676.0000 | | $0.0000 | -$676.00 |
| 8/8/2025 | 371 | $6.7550 | -$2,506.1050 | | $0.0000 | -$2,506.11 |
| 8/8/2025 | 300 | $6.7550 | -$2,026.5000 | | $0.0000 | -$2,026.50 |
| 8/8/2025 | 203 | $6.7550 | -$1,371.2650 | | $0.0000 | -$1,371.27 |
| 8/8/2025 | 100 | $6.7550 | -$675.5000 | | $0.0000 | -$675.50 |
| 8/8/2025 | 100 | $6.7550 | -$675.5000 | | $0.0000 | -$675.50 |
| 8/8/2025 | 6,868 | $6.7500 | -$46,359.0000 | | $0.0000 | -$46,359.00 |
| 8/8/2025 | 610 | $6.7500 | -$4,117.5000 | | $0.0000 | -$4,117.50 |
| 8/8/2025 | 300 | $6.7500 | -$2,025.0000 | | $0.0000 | -$2,025.00 |
| 8/8/2025 | 200 | $6.7500 | -$1,350.0000 | | $0.0000 | -$1,350.00 |
| 8/8/2025 | 200 | $6.7500 | -$1,350.0000 | | $0.0000 | -$1,350.00 |
| 8/8/2025 | 200 | $6.7500 | -$1,350.0000 | | $0.0000 | -$1,350.00 |
| 8/8/2025 | 200 | $6.7500 | -$1,350.0000 | | $0.0000 | -$1,350.00 |
| 8/8/2025 | 100 | $6.7500 | -$675.0000 | | $0.0000 | -$675.00 |
| 8/8/2025 | 2 | $6.7500 | -$13.5000 | | $0.0000 | -$13.50 |
| 8/14/2025 | 4,099 | $7.5446 | -$30,925.3154 | | $0.0000 | -$30,925.32 |
| 8/14/2025 | 100 | $7.5400 | -$754.0000 | | $0.0000 | -$754.00 |
| 8/14/2025 | 100 | $7.5400 | -$754.0000 | | $0.0000 | -$754.00 |
| 8/14/2025 | 100 | $7.5400 | -$754.0000 | | $0.0000 | -$754.00 |
| 8/14/2025 | 600 | $7.5310 | -$4,518.6000 | | $0.0000 | -$4,518.60 |
| 8/14/2025 | 100 | $7.5373 | -$753.7300 | | $0.0000 | -$753.73 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **35,021** | | | | **Subtotal:** | **-$233,491.42** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $24,315.76 |
| | | | $0.6943 | | **Andvic Holding ApS Total:** | **-$209,175.66** |

**Name:** Kenneth Riisborg

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/14/2025 | 1,025 | $7.5300 | -$7,718.2500 | | $0.0000 | -$7,718.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,025** | | | | **Subtotal:** | **-$7,718.25** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $711.68 |
| | | | $0.6943 | | **Kenneth Riisborg Total:** | **-$7,006.57** |

| | |
|---|---|
| **Combined Total:** | **-$216,182.23** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between August 15, 2025 and November 6, 2025. On November 4, 2025, the Company completed a one-for-twenty reverse stock split. The 90-Day Average Price is calculated using a pre-split basis.