**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG,<br><br>        Defendants. | Case 1:25-cv-05017-CHK<br><br>CLASS ACTION |

**NOTICE OF MOTION OF MATTEO LAZZARETTI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

00796046;V1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, lead plaintiff movant Matteo Lazzaretti ("Lazzaretti") hereby moves this Court, the Honorable Clay H. Kaminsky, United States Magistrate Judge of the United States District Court for the Eastern District of New York, for an Order:

(a) Appointing Lazzaretti as Lead Plaintiff; and

(c) Approving Lazzaretti's selection of Bernstein Liebhard LLP as Lead Counsel for the litigation.

This motion is supported by the accompanying Memorandum of Law, the concurrently filed Declaration of Joseph R. Seidman, Jr., the exhibits thereto, the pleadings and other filings in this action, and such other written or oral argument as may be permitted by the Court.

Dated: November 7, 2025

Respectfully submitted,

*/s/ Joseph R. Seidman, Jr.*
**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  lhasson@bernlieb.com
           seidman@bernlieb.com

*Counsel for Lazzaretti and Proposed Lead*
*Counsel for the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Joseph R. Seidman, Jr., hereby certify that on November 7, 2025, a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: November 7, 2025

*/s/ Joseph R. Seidman, Jr.*
Joseph R. Seidman, Jr.

00796046;V1                                      2