**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG,<br><br>    Defendants. | Case 1:25-cv-05017-CHK<br><br>CLASS ACTION |

**[PROPOSED] ORDER APPOINTING MATTEO LAZZARETTI AS LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL**

00796053;V1

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

I.      Matteo Lazzaretti is hereby appointed as Lead Plaintiff for the proposed class.

II.     Bernstein Liebhard LLP is hereby appointed as Lead Counsel.

SO ORDERED, this ___ day of _____, 2025

_____
The Honorable Clay H. Kaminsky
United States Magistrate Judge

00796053;V1