**Fly-E Group, Inc. (FLYE)**

FIFO/LIFO Losses
Class Period: 07/15/2025 - 08/14/2025

Hold Price:    $0.6944

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD (1) | ESTIMATED VALUE | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE ($) | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE ($) | SALES AMOUNT | | | |
| MATTEO LAZZARETTI | 07/25/25 | 2,500 | 5.2800 | 13,200.00 | 08/01/25 | 3,002 | 5.9600 | 17,891.92 | | | |
| | 07/25/25 | 300 | 5.1500 | 1,545.00 | 08/01/25 | 821 | 5.9600 | 4,893.16 | | | |
| | 07/25/25 | 300 | 5.1500 | 1,545.00 | | | | | | | |
| | 07/25/25 | 300 | 5.1500 | 1,545.00 | | | | | | | |
| | 07/25/25 | 300 | 5.1500 | 1,545.00 | | | | | | | |
| | 07/25/25 | 23 | 5.1500 | 118.45 | | | | | | | |
| | 07/25/25 | 100 | 5.1500 | 515.00 | | | | | | | |
| | 08/08/25 | 1,400 | 6.7500 | 9,450.00 | | | | | | | |
| | 08/08/25 | 900 | 6.7500 | 6,075.00 | | | | | | | |
| | 08/08/25 | 1,400 | 6.7500 | 9,450.00 | | | | | | | |
| | 08/08/25 | 1,000 | 6.7500 | 6,750.00 | | | | | | | |
| | 08/08/25 | 200 | 6.7500 | 1,350.00 | | | | | | | |
| | 08/08/25 | 597 | 6.7500 | 4,029.75 | | | | | | | |
| | 08/08/25 | 2,403 | 6.7500 | 16,220.25 | | | | | | | |
| | 08/08/25 | 500 | 6.7500 | 3,375.00 | | | | | | | |
| | 08/08/25 | 1,400 | 6.7500 | 9,450.00 | | | | | | | |
| | 08/08/25 | 774 | 6.7500 | 5,224.50 | | | | | | | |
| | 08/08/25 | 426 | 6.7500 | 2,875.50 | | | | | | | |
| | 08/08/25 | 124 | 6.7500 | 837.00 | | | | | | | |
| | 08/08/25 | 207 | 6.7500 | 1,397.25 | | | | | | | |
| | 08/08/25 | 1,539 | 6.7500 | 10,388.25 | | | | | | | |
| | 08/08/25 | 23 | 6.7500 | 155.25 | | | | | | | |
| | 08/08/25 | 7 | 6.7500 | 47.25 | | | | | | | |
| | 08/11/25 | 552 | 6.8500 | 3,781.20 | | | | | | | |
| | 08/11/25 | 1 | 6.8500 | 6.85 | | | | | | | |
| | 08/11/25 | 706 | 6.8500 | 4,836.10 | | | | | | | |
| | 08/11/25 | 1,400 | 6.8500 | 9,590.00 | | | | | | | |
| | 08/11/25 | 347 | 6.8500 | 2,376.95 | | | | | | | |
| | 08/11/25 | 387 | 7.0000 | 2,709.00 | | | | | | | |
| | 08/11/25 | 200 | 7.0000 | 1,400.00 | | | | | | | |
| | 08/11/25 | 200 | 7.0000 | 1,400.00 | | | | | | | |
| | 08/11/25 | 600 | 7.0000 | 4,200.00 | | | | | | | |
| | 08/11/25 | 11 | 7.0000 | 77.00 | | | | | | | |
| | 08/11/25 | 700 | 7.0000 | 4,900.00 | | | | | | | |
| | 08/11/25 | 400 | 7.0000 | 2,800.00 | | | | | | | |
| | 08/11/25 | 189 | 7.0000 | 1,323.00 | | | | | | | |
| | 08/14/25 | 4,787 | 7.5000 | 35,902.50 | | | | | | | |
| **MATTEO LAZZARETTI Totals** | | **27,203** | | **$182,391.05** | | **3,823** | | **$22,785.08** | **23,380** | **$16,234.83** | **($143,371.14)** |

(1) Common Stock held as of the date of this filing are valued using the average price of $.6944 per share.