**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated, | Case No.  1:25- cv-05017 |
| Plaintiff, | CLASS ACTION |
| v. | |
| FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG, | |
| Defendants. | |

**NOTICE OF MOTION OF THE FLY-E INVESTOR GROUP FOR**
**APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Lars Torbjörn Edgren, Magnus Nilsson, Peter Schröder, Peter Bertilson, and Curt Peter Lars Rehnborg (together, the "Fly-E Investor Group"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing the Fly-E Investor Group as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities other than the above-captioned defendants who purchased or otherwise acquired Fly-E Group, Inc. ("Fly-E" or the "Company") securities between July 15, 2025, to August 14, 2025, inclusive (the "Class Period"); and (2) approving proposed Lead Plaintiff's selection of Shamis & Gentile, P.A. ("Shamis & Gentile") and Edelsberg Law, P.A. ("Edelsberg") as Co-Lead Counsel for the Class. The return date will be set by the Court.

Dated: November 10, 2025

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**

*/s/ Andrew J. Shamis*
Andrew J. Shamis
David P. Abel (pro hac vice forthcoming)
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
Email: ashamis@shamisgentile.com
Email: dabel@shamisgentile.com

**EDELSBERG LAW, P.A.**
Scott Edelsberg (pro hac vice forthcoming)
Gabriel Mandler (pro hac vice forthcoming)
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180

Tel: (786) 289-9471
Email: scott@edelsberglaw.com
Email: gabriel@edelsberglaw.com

*[Proposed] Co-Lead Counsel for the Fly-E Investor Group and the Class*