# EXHIBIT A

**Fly-E Group, Inc. (NASDAQ:FLYE)**

**Class Period: July 15, 2025 - August 14, 2025**

Share quantities and prices maintain and/or assume values before 11/4/25 20-for-1 reverse split

**Average Close Price**

**as of 11/7/25**

$0.6874

| Movant | Date Purchased | Share Qty. | Price Per Share | Amount | Date Sold | Share Qty. | Price Per Share* | Amount | Shares Retained | Value Retained | Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | |
| Lars Torbjörn Edgren | | 28,648 | | $211,995 | | 0 | | $0 | 28,648 | $19,692 | ($192,303) |
| Magnus Nilsson | | 21,748 | | $161,495 | | 21,748 | | $16,468 | 0 | $0 | ($145,027) |
| Peter Schröder | | 15,000 | | $111,470 | | 0 | | $0 | 15,000 | $0 | ($111,470) |
| Peter Bertilson | | 14,085 | | $97,748 | | 11,577 | | $8,599 | 2,508 | $1,724 | ($87,426) |
| Curt Peter Lars Rehnborg | | 13,454 | | $100,297 | | 9,954 | | $46,431 | 3,500 | $2,406 | ($51,461) |
| **Summary Total** | | **92,935** | | **$683,006** | | **43,279** | | **$71,498** | **49,656** | **$23,822** | **($587,686)** |
| | | | | | | | | | | | |
| Lars Torbjörn Edgren | 8/12/2025 | 28,648 | $7.4000 | $211,995 | | | | | | | |
| **Lars Torbjörn Edgren Total** | | **28,648** | | **$211,995** | | **0** | | **$0** | **28,648** | **$19,692** | **($192,303)** |
| | | | | | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 648 | $7.4500 | $4,828 | 8/15/2025 | 3 | $7.7600 | $23 | | | |
| Magnus Nilsson | 8/12/2025 | 400 | $7.4500 | $2,980 | 8/20/2025 | 1,100 | $0.7563 | $832 | | | |
| Magnus Nilsson | 8/12/2025 | 2,300 | $7.4500 | $17,135 | 8/20/2025 | 3,600 | $0.7563 | $2,723 | | | |
| Magnus Nilsson | 8/12/2025 | 952 | $7.4500 | $7,092 | 8/20/2025 | 100 | $0.7563 | $76 | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | 8/20/2025 | 170 | $0.7563 | $129 | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | 8/20/2025 | 4,000 | $0.7563 | $3,025 | | | |
| Magnus Nilsson | 8/12/2025 | 79 | $7.4500 | $589 | 8/20/2025 | 3,700 | $0.7563 | $2,798 | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | 8/20/2025 | 300 | $0.7563 | $227 | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | 8/20/2025 | 8,775 | $0.7563 | $6,636 | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |

| Movant | Date Purchased | Share Qty. | Price Per Share | Amount | Date Sold | Share Qty. | Price Per Share* | Amount | Shares Retained | Value Retained | Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Magnus Nilsson | 8/12/2025 | 53 | $7.4500 | $395 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 1,046 | $7.4500 | $7,793 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 3,791 | $7.4500 | $28,243 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 1,600 | $7.4500 | $11,920 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 836 | $7.4500 | $6,228 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 100 | $7.4500 | $745 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 64 | $7.4500 | $477 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 64 | $7.4500 | $477 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 36 | $7.4500 | $268 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 200 | $7.4500 | $1,490 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 9 | $7.4500 | $67 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 2,000 | $7.4400 | $14,880 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 200 | $7.4300 | $1,486 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 1,918 | $7.3500 | $14,097 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 52 | $7.3500 | $382 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 1,200 | $7.3500 | $8,820 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 200 | $7.3500 | $1,470 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 300 | $7.3500 | $2,205 | | | | | | | |
| Magnus Nilsson | 8/12/2025 | 1,300 | $7.3450 | $9,549 | | | | | | | |

| Movant | Date Purchased | Share Qty. | Price Per Share | Amount | Date Sold | Share Qty. | Price Per Share* | Amount | Shares Retained | Value Retained | Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Magnus Nilsson Total** | | **21,748** | | **$161,495** | | **21,748** | | **$16,468** | **0** | **$0** | **($145,027)** |
| | | | | | | | | | | | |
| Peter Schröder | 8/12/2025 | 10,200 | $7.4000 | $75,480 | | | | | | | |
| Peter Schröder | 8/13/2025 | 3,800 | $7.5000 | $28,500 | | | | | | | |
| Peter Schröder | 8/14/2025 | 1,000 | $7.4900 | $7,490 | | | | | | | |
| **Peter Schröder Total** | | **15,000** | | **$111,470** | | **0** | | **$0** | **15,000** | **$0** | **($111,470)** |
| | | | | | | | | | | | |
| Peter Bertilson (Account 1) | 8/8/2025 | 4,846 | $6.7498 | $32,710 | 9/2/2025 | 9,000 | $0.7458 | $6,712 | | | |
| Peter Bertilson (Account 1) | 8/8/2025 | 3,120 | $6.7495 | $21,058 | 9/4/2025 | 2,577 | $0.7322 | $1,887 | | | |
| Peter Bertilson (Account 1) | 8/14/2025 | 2,090 | $7.4900 | $15,654 | | | | | | | |
| Peter Bertilson (Account 1) | 8/14/2025 | 1,521 | $7.4900 | $11,392 | | | | | | | |
| **Peter Bertilson (Account 1) Total** | | **11,577** | | **$80,814** | | **11,577** | | **$8,599** | **0** | **$0** | **($72,216)** |
| | | | | | | | | | | | |
| Peter Bertilson (Account 2) | 8/8/2025 | 1,941 | $6.7500 | $13,102 | | | | | | | |
| Peter Bertilson (Account 2) | 8/8/2025 | 123 | $6.7600 | $831 | | | | | | | |
| Peter Bertilson (Account 2) | 8/8/2025 | 444 | $6.7580 | $3,001 | | | | | | | |
| **Peter Bertilson (Account 2) Total** | | **2,508** | | **$16,934** | | **0** | | **$0** | **2,508** | **$1,724** | **($15,210)** |
| | | | | | | | | | | | |
| **Peter Bertilson Grand Total** | | **14,085** | | **$97,748** | | **11,577** | | **$8,599** | **2,508** | **$1,724** | **($87,426)** |
| | | | | | | | | | | | |
| Curt Peter Lars Rehnborg | 8/12/2025 | 600 | $7.4000 | $4,440 | 8/14/2025 | 954 | $6.3700 | $6,077 | | | |
| Curt Peter Lars Rehnborg | 8/12/2025 | 800 | $7.4000 | $5,920 | 8/14/2025 | 100 | $6.3700 | $637 | | | |
| Curt Peter Lars Rehnborg | 8/12/2025 | 100 | $7.4000 | $740 | 8/14/2025 | 200 | $6.3700 | $1,274 | | | |
| Curt Peter Lars Rehnborg | 8/12/2025 | 300 | $7.4000 | $2,220 | 8/14/2025 | 2,400 | $6.3700 | $15,288 | | | |
| Curt Peter Lars Rehnborg | 8/12/2025 | 50 | $7.4000 | $370 | 8/14/2025 | 1,000 | $6.3700 | $6,370 | | | |
| Curt Peter Lars Rehnborg | 8/12/2025 | 147 | $7.4000 | $1,088 | 8/14/2025 | 200 | $6.3700 | $1,274 | | | |
| Curt Peter Lars Rehnborg | 8/12/2025 | 300 | $7.4000 | $2,220 | 8/14/2025 | 100 | $6.3700 | $637 | | | |
| Curt Peter Lars Rehnborg | 8/12/2025 | 48 | $7.4000 | $355 | 8/14/2025 | 74 | $6.3700 | $471 | | | |
| Curt Peter Lars Rehnborg | 8/12/2025 | 5 | $7.4000 | $37 | 8/14/2025 | 1,000 | $6.3700 | $6,370 | | | |
| Curt Peter Lars Rehnborg | 8/12/2025 | 74 | $7.4000 | $548 | 8/14/2025 | 626 | $6.3700 | $3,988 | | | |

| Movant | Date Purchased | Share Qty. | Price Per Share | Amount | Date Sold | Share Qty. | Price Per Share* | Amount | Shares Retained | Value Retained | Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Curt Peter Lars Rehnborg | 8/12/2025 | 26 | $7.4000 | $192 | 8/14/2025 | 300 | $6.3700 | $1,911 | | | |
| Curt Peter Lars Rehnborg | 8/12/2025 | 183 | $7.4000 | $1,354 | 10/24/2025 | 100 | $0.7113 | $71 | | | |
| Curt Peter Lars Rehnborg | 8/12/2025 | 10 | $7.4000 | $74 | 10/24/2025 | 100 | $0.7113 | $71 | | | |
| Curt Peter Lars Rehnborg | 8/12/2025 | 345 | $7.4000 | $2,553 | 10/24/2025 | 100 | $0.7113 | $71 | | | |
| Curt Peter Lars Rehnborg | 8/12/2025 | 62 | $7.4000 | $459 | 10/24/2025 | 100 | $0.7113 | $71 | | | |
| Curt Peter Lars Rehnborg | 8/12/2025 | 4 | $7.4000 | $30 | 10/24/2025 | 2,600 | $0.7113 | $1,849 | | | |
| Curt Peter Lars Rehnborg | 8/12/2025 | 600 | $7.4000 | $4,440 | | | | | | | |
| Curt Peter Lars Rehnborg | 8/12/2025 | 800 | $7.4000 | $5,920 | | | | | | | |
| Curt Peter Lars Rehnborg | 8/12/2025 | 800 | $7.4000 | $5,920 | | | | | | | |
| Curt Peter Lars Rehnborg | 8/13/2025 | 1,700 | $7.4899 | $12,733 | | | | | | | |
| Curt Peter Lars Rehnborg | 8/14/2025 | 1,400 | $7.4900 | $10,486 | | | | | | | |
| Curt Peter Lars Rehnborg | 8/14/2025 | 800 | $7.4900 | $5,992 | | | | | | | |
| Curt Peter Lars Rehnborg | 8/14/2025 | 500 | $7.4900 | $3,745 | | | | | | | |
| Curt Peter Lars Rehnborg | 8/14/2025 | 500 | $7.4900 | $3,745 | | | | | | | |
| Curt Peter Lars Rehnborg | 8/14/2025 | 300 | $7.4900 | $2,247 | | | | | | | |
| Curt Peter Lars Rehnborg | 8/14/2025 | 200 | $7.4900 | $1,498 | | | | | | | |
| Curt Peter Lars Rehnborg | 8/14/2025 | 600 | $7.4900 | $4,494 | | | | | | | |
| Curt Peter Lars Rehnborg | 8/14/2025 | 100 | $7.4900 | $749 | | | | | | | |
| Curt Peter Lars Rehnborg | 8/14/2025 | 600 | $7.4900 | $4,494 | | | | | | | |
| Curt Peter Lars Rehnborg | 8/14/2025 | 300 | $7.4900 | $2,247 | | | | | | | |
| Curt Peter Lars Rehnborg | 8/14/2025 | 100 | $7.4900 | $749 | | | | | | | |
| Curt Peter Lars Rehnborg | 8/14/2025 | 800 | $7.4900 | $5,992 | | | | | | | |
| Curt Peter Lars Rehnborg | 8/14/2025 | 100 | $7.4900 | $749 | | | | | | | |
| Curt Peter Lars Rehnborg | 8/14/2025 | 200 | $7.4900 | $1,498 | | | | | | | |
| **Curt Peter Lars Rehnborg Total** | | **13,454** | | **$100,297** | | **9,954** | | **$46,431** | **3,500** | **$2,406** | **($51,461)** |

*Pursuant to the PSLRA, losses from post-Class Period sales or partial sales during the 90-day period are limited to the mean trading price.