# EXHIBIT C

**PLAINTIFF'S SWORN CERTIFICATION PURSUANT TO
THE FEDERAL SECURITIES LAWS**

I, Lars Torbjörn Edgren, hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification and to institute legal action against Fly-E Group, Inc. ("Fly-E") and other defendants.  I have reviewed a complaint filed against Fly-E and other defendants, alleging violations of the federal securities laws on behalf of all those who purchased or otherwise acquired Fly-E securities, and authorize its filing and/or the filing of a Lead Plaintiff motion.

2.      I did not purchase or acquire Fly-E securities or options at the direction of counsel, or in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.

4.      My transactions in Fly-E securities and options during the Class Period are identified in the annexed table.

5.      I have not served nor sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years.

6.      I will not accept payment for serving as a lead plaintiff beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing that the foregoing is true and correct.

Executed this __28__ day of October, 2025.

_____
Lars Torbjörn Edgren

Doc ID: 6cf4187da8e2fd7907044cca2b61ecf7cc64ee36

**ANNEX**
**TABLE OF TRANSACTIONS**
**Fly-E Group, Inc. (NASDAQ: FLYE)**

**<u>Common Stock</u>**

| Date | Trans Type | Quantity | Price |
|------|------------|----------|-------|
| 8/12/2025 | Buy | 28,648 | $7.40 |

Doc ID: 6cf4187da8e2fd7907044cca2b61ecf7cc64ee36

**PLAINTIFF'S SWORN CERTIFICATION PURSUANT TO
THE FEDERAL SECURITIES LAWS**

I, Magnus Nilsson, hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification and to institute legal action against Fly-E Group, Inc. ("Fly-E") and other defendants.  I have reviewed a complaint filed against Fly-E and other defendants, alleging violations of the federal securities laws on behalf of all those who purchased or otherwise acquired Fly-E securities, and authorize its filing and/or the filing of a Lead Plaintiff motion.

2.      I did not purchase or acquire Fly-E securities or options at the direction of counsel, or in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.

4.      My transactions in Fly-E securities and options during the Class Period are identified in the annexed table.

5.      I have not served nor sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years.

6.      I will not accept payment for serving as a lead plaintiff beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing that the foregoing is true and correct.

Executed this 29 day of October, 2025.           _____

                                                                            Magnus Nilsson

Doc ID: b757ada36cae862549d11bcb4ba4b1edac1c5c58

**ANNEX**
**TABLE OF TRANSACTIONS**
**Fly-E Group, Inc. (NASDAQ: FLYE)**

**Common Stock**

| Date | Trans Type | Quantity | Price |
|------|-----------|----------|-------|
| 8/12/2025 | Buy | 648 | $7.45 |
| 8/12/2025 | Buy | 400 | $7.45 |
| 8/12/2025 | Buy | 2,300 | $7.45 |
| 8/12/2025 | Buy | 952 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 79 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 53 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 1,046 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 3,791 | $7.45 |
| 8/12/2025 | Buy | 1,600 | $7.45 |
| 8/12/2025 | Buy | 836 | $7.45 |

Doc ID: b757ada36cae862549d11bcb4ba4b1edac1c5c58

| | | | |
|---|---|---|---|
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 100 | $7.45 |
| 8/12/2025 | Buy | 64 | $7.45 |
| 8/12/2025 | Buy | 64 | $7.45 |
| 8/12/2025 | Buy | 36 | $7.45 |
| 8/12/2025 | Buy | 200 | $7.45 |
| 8/12/2025 | Buy | 9 | $7.45 |
| 8/12/2025 | Buy | 2,000 | $7.44 |
| 8/12/2025 | Buy | 200 | $7.43 |
| 8/12/2025 | Buy | 1,918 | $7.35 |
| 8/12/2025 | Buy | 52 | $7.35 |
| 8/12/2025 | Buy | 1,200 | $7.35 |
| 8/12/2025 | Buy | 200 | $7.35 |
| 8/12/2025 | Buy | 300 | $7.35 |
| 8/12/2025 | Buy | 1,300 | $7.35 |

Doc ID: b757ada36cae862549d11bcb4ba4b1edac1c5c58

## PLAINTIFF'S SWORN CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Peter Schröder, hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification and to institute legal action against Fly-E Group, Inc. ("Fly-E") and other defendants.  I have reviewed a complaint filed against Fly-E and other defendants, alleging violations of the federal securities laws on behalf of all those who purchased or otherwise acquired Fly-E securities, and authorize its filing and/or the filing of a Lead Plaintiff motion.

2.      I did not purchase or acquire Fly-E securities or options at the direction of counsel, or in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.

4.      My transactions in Fly-E securities and options during the Class Period are identified in the annexed table.

5.      I have not served nor sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years.

6.      I will not accept payment for serving as a lead plaintiff beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing that the foregoing is true and correct.

Executed this 31 day of __October__ , 2025.    _____
                                                           Peter Schröder

**ANNEX**
**TABLE OF TRANSACTIONS**
**Fly-E Group, Inc. (NASDAQ: FLYE)**

**Common Stock**

| Date | Trans Type | Quantity | Price |
|------|------------|----------|-------|
| 8/12/2025 | Buy | 10,200 | $7.40 |
| 8/13/2025 | Buy | 3,800 | $7.50 |
| 8/14/2025 | Buy | 1,000 | $7.49 |

Doc ID: 76127faa93dbc4d119abb1888e1e5f0f9d882ed7

**PLAINTIFF'S SWORN CERTIFICATION PURSUANT TO
THE FEDERAL SECURITIES LAWS**

I, Peter Bertilson, hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification and to institute legal action against Fly-E Group, Inc. ("Fly-E") and other defendants.  I have reviewed a complaint filed against Fly-E and other defendants, alleging violations of the federal securities laws on behalf of all those who purchased or otherwise acquired Fly-E securities, and authorize its filing and/or the filing of a Lead Plaintiff motion.

2.      I did not purchase or acquire Fly-E securities or options at the direction of counsel, or in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.

4.      My transactions in Fly-E securities and options during the Class Period are identified in the annexed table.

5.      I have not served nor sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years.

6.      I will not accept payment for serving as a lead plaintiff beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing that the foregoing is true and correct.

Executed this 29 day of October, 2025.          _____

                                                                             Peter Bertilson

Doc ID: 1b0df354e6597c7e2c52ba2b10ad1a878838e277

**ANNEX**
**TABLE OF TRANSACTIONS**
**Fly-E Group, Inc. (NASDAQ: FLYE)**

**<u>Common Stock</u>**

**Account 1**

| Date | Trans Type | Quantity | Price | Amount |
|---|---|---|---|---|
| 8/8/2025 | Buy | 4,846 | 6.749794 | $32,710 |
| 8/8/2025 | Buy | 3,120 | 6.749519 | $21,058 |
| 8/14/2025 | Buy | 2,090 | 7.49 | $15,654 |
| 8/14/2025 | Buy | 1,521 | 7.49 | $11,392 |

**Account 2**

| Date | Trans Type | Quantity | Price | Amount |
|---|---|---|---|---|
| 8/8/2025 | Buy | 1,941 | 6.75 | $13,102 |
| 8/8/2025 | Buy | 123 | 6.76 | $831 |
| 8/8/2025 | Buy | 444 | 6.758 | $3,001 |

Doc ID: 1b0df354e6597c7e2c52ba2b10ad1a878838e277

## PLAINTIFF'S SWORN CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Curt Peter Lars Rehnborg, hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification and to institute legal action against Fly-E Group, Inc. ("Fly-E") and other defendants.  I have reviewed a complaint filed against Fly-E and other defendants, alleging violations of the federal securities laws on behalf of all those who purchased or otherwise acquired Fly-E securities, and authorize its filing and/or the filing of a Lead Plaintiff motion.

2.      I did not purchase or acquire Fly-E securities or options at the direction of counsel, or in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.

4.      My transactions in Fly-E securities and options during the Class Period are identified in the annexed table.

5.      I have not served nor sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years.

6.      I will not accept payment for serving as a lead plaintiff beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing that the foregoing is true and correct.

Executed this 29 day of October, 2025.                    _____

                                                          Curt Peter Lars Rehnborg

Doc ID: 1dc9b4001be3fc16a5a210c17dab77b4e43d754e

**ANNEX**
**TABLE OF TRANSACTIONS**
**Fly-E Group, Inc. (NASDAQ: FLYE)**

**Common Stock**

| Date | Trans Type | Quantity | Price |
|------|-----------|----------|-------|
| 8/12/2025 | Buy | 600 | $7.40 |
| 8/12/2025 | Buy | 800 | $7.40 |
| 8/12/2025 | Buy | 100 | $7.40 |
| 8/12/2025 | Buy | 300 | $7.40 |
| 8/12/2025 | Buy | 50 | $7.40 |
| 8/12/2025 | Buy | 147 | $7.40 |
| 8/12/2025 | Buy | 300 | $7.40 |
| 8/12/2025 | Buy | 48 | $7.40 |
| 8/12/2025 | Buy | 5 | $7.40 |
| 8/12/2025 | Buy | 74 | $7.40 |
| 8/12/2025 | Buy | 26 | $7.40 |
| 8/12/2025 | Buy | 183 | $7.40 |
| 8/12/2025 | Buy | 10 | $7.40 |
| 8/12/2025 | Buy | 345 | $7.40 |
| 8/12/2025 | Buy | 62 | $7.40 |
| 8/12/2025 | Buy | 4 | $7.40 |
| 8/12/2025 | Buy | 600 | $7.40 |
| 8/12/2025 | Buy | 800 | $7.40 |
| 8/12/2025 | Buy | 800 | $7.40 |
| 8/13/2025 | Buy | 1,700 | $7.49 |
| 8/14/2025 | Buy | 1,400 | $7.49 |
| 8/14/2025 | Buy | 800 | $7.49 |
| 8/14/2025 | Buy | 500 | $7.49 |
| 8/14/2025 | Buy | 500 | $7.49 |
| 8/14/2025 | Buy | 300 | $7.49 |
| 8/14/2025 | Buy | 200 | $7.49 |
| 8/14/2025 | Buy | 600 | $7.49 |
| 8/14/2025 | Buy | 100 | $7.49 |
| 8/14/2025 | Buy | 600 | $7.49 |
| 8/14/2025 | Buy | 300 | $7.49 |
| 8/14/2025 | Buy | 100 | $7.49 |
| 8/14/2025 | Buy | 800 | $7.49 |
| 8/14/2025 | Buy | 100 | $7.49 |
| 8/14/2025 | Buy | 200 | $7.49 |

Doc ID: 1dc9b4001be3fc16a5a210c17dab77b4e43d754e

| 8/14/2025 | Sale | 954 | $6.37 |
| 8/14/2025 | Sale | 100 | $6.37 |
| 8/14/2025 | Sale | 200 | $6.37 |
| 8/14/2025 | Sale | 2,400 | $6.37 |
| 8/14/2025 | Sale | 1,000 | $6.37 |
| 8/14/2025 | Sale | 200 | $6.37 |
| 8/14/2025 | Sale | 100 | $6.37 |
| 8/14/2025 | Sale | 74 | $6.37 |
| 8/14/2025 | Sale | 1,000 | $6.37 |
| 8/14/2025 | Sale | 626 | $6.37 |
| 8/14/2025 | Sale | 300 | $6.37 |

Doc ID: 1dc9b4001be3fc16a5a210c17dab77b4e43d754e