# EXHIBIT D

**JOINT DECLARATION IN**
**SUPPORT OF CO-LEAD PLAINTIFF MOTION**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     We, Lars Torbjörn Edgren, Magnus Nilsson, Peter Schröder, Peter Bertilson, and Curt Peter Lars Rehnborg, respectfully submit this Joint Declaration in support of our motion for appointment as Co-Lead Plaintiffs and approval of our selection of Shamis & Gentile, P.A. ("Shamis & Gentile") and Edelsberg Law, P.A. ("Edelsberg") as Co-Lead Counsel in the instant class action on behalf of investors in the securities of Fly-E Group, Inc. ("Fly-E.") pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration.

2.     I, Lars Torbjörn Edgren, live in Göteborg, Sweden. I have a Master's in Architecture from Chalmers University of Technology, Göteborg, and work as an Architect. I am 63 years old and have been investing in the securities markets for 25 years. As reflected in my Certification, I purchased Fly-E common stock on a U.S. Exchange during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action

3.     I, Magnus Nilsson, live in Norrköping, Sweden. I have an engineering technician education from Adalsskolan – ETG College and am a Senior Advisory Solution Consultant. I am 50 years old and have been investing in the securities markets for 25 years. As reflected in my Certification, I purchased Fly-E common stock on a U.S. Exchange during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

Doc ID: 63a47409589f13172f0c14285e53b3bef157ac52

4. I, Peter Schröder, live in Mölndal, Sweden. I have a Bachelor of Social Science with a major in Business Administration, and a Master's of Education for the Upper Secondary School. I work as a teacher. I am 56 years old and have been investing in the securities markets for 30 years. As reflected in my Certification, I purchased Fly-E common stock on a U.S. Exchange during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

5. I, Peter Bertilson, live in Värmdö, Sweden. I have a sales and marketing education from the School of Economics, Umeå University, and am the Chief Executive Officer of a marketing agency. I am 46 years old and have been investing in the securities markets for 28 years. As reflected in my Certification, I purchased Fly-E common stock on a U.S. Exchange during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

6. I, Curt Peter Lars Rehnborg, live in Helsingborg, Sweden. I have training as a Furniture Technical Designer and am the Chief Executive Officer of a company. I am 56 years old and have been investing in the securities markets for five years. As reflected in my Certification, I purchased Fly-E common stock on a U.S. Exchange during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

7. We are investors from Sweden who have collaborated over our respective investments in Fly-E. As a result of this shared interest, we decided to join as a group to select a counsel and seek remedies for our Fly-E common stock losses. Accordingly, we have discussed this case with our counsel and each of us is aware of the current status of this litigation. We understand that, in addition to ourselves, other investors in Fly-E securities may file motions seeking appointment as Lead Plaintiff in this action. We understand that on November 7, 2025,

Doc ID: 63a47409589f13172f0c14285e53b3bef157ac52

Shamis & Gentile and Edelsberg will file a memorandum of law in support of our motion for appointment as Co-Lead Plaintiffs. We understand that this Joint Declaration and other supporting submissions prepared by our counsel will be filed concurrently with the memorandum of law. We understand that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter. We understand that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice. We approved Shamis & Gentile and Edelsberg as our designated Co-Lead Counsel. We participated in a conference call with each other and an attorney from counsel to discuss this litigation, have one another's contact information, and approved the filing of a motion on our behalf seeking appointment jointly as Co-Lead Plaintiffs.

8.      We attest to, among other things, our shared belief in the merits of this action; our shared desire to achieve the best possible result for the Class; our shared interest in prosecuting the case in a collaborative and likeminded manner; our understanding of the fiduciary obligations of Lead Plaintiffs; and our preparedness to supervise counsel and undertake all actions necessary to ensure that the Class's claims will be zealously and efficiently litigated. We hereby affirm that the foregoing statements, as well as all other statements set forth in this Joint Declaration, are true and correct statements of our views and intentions with respect to this litigation, and that we seek appointment as Co-Lead Plaintiffs in this action.

9.      Given our significant financial interest in the claims against the defendants, we are strongly motivated to recover the significant losses that we and the Class suffered as a result of defendants' violations of the federal securities laws. Our principal goal in seeking to serve as Co-Lead Plaintiffs in this case is to achieve the best possible recovery for the Class from all culpable parties. We are committed to ensuring the litigation is litigated as zealously and efficiently as

Doc ID: 63a47409589f13172f0c14285e53b3bef157ac52

possible, in accordance with our duties under the PSLRA.

10.    If appointed Co-Lead Plaintiffs, we will satisfy our fiduciary obligations to the Class by, among other steps, conferring with each other and with our counsel regarding litigation strategy and other matters, attending court proceedings, depositions, any settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, we will ensure that the Fly-E securities litigation will be vigorously prosecuted consistent with the obligations of Lead Plaintiffs under the PSLRA and in the best interests of the Class, and will seek to obtain the greatest possible recovery for the Class.

11.    We understand that the Lead Plaintiff's share of any recovery is the same as every other potential Class member.  As our respective Certifications state, we will not accept any payment for serving as a representative party beyond our *pro rata* share, except any reasonable costs and expenses directly related to the Class representation, as ordered or approved by the Court pursuant to the PSLRA.

12.    We each determined that we could maximize the Class's recovery by pooling our respective resources and experience by jointly seeking appointment as Co-Lead Plaintiffs.  After reviewing the allegations pleaded in the complaint, and consulting with each other and our counsel, we each independently determined to seek joint appointment as Co-Lead Plaintiffs and subsequently approved the filing of a joint motion seeking our appointment as Co-Lead Plaintiffs. We agree that our collective resources and experience, as well as our ability to engage in joint decision-making, will materially benefit and advance the interests of the Class in this case.

13.    We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end will consult with our counsel as we deem necessary to fulfill our fiduciary obligations to

Doc ID: 63a47409589f13172f0c14285e53b3bef157ac52

the Class. If such a disagreement arises, we agree to resolve such disagreement by a majority vote, in which each of us possesses a number of votes equal to our losses incurred in connection with our Class Period transactions in Fly-E common stock, calculated in terms of U.S. dollars. We recognize that even in the event of such a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

14.    We understand that the PSLRA and courts throughout the country, including courts in this District, have endorsed the appointment of small groups of investors to serve as Co-Lead Plaintiffs when the group establishes that its members can oversee the litigation and their proposed Lead Counsel in an independent manner. We intend to prosecute this litigation in such an independent and vigorous manner.

15.    We also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently. We have fulfilled this responsibility by selecting and retaining Co-Lead Counsel with a proven history of handling this type complex litigation. In this case, we selected Shamis & Gentile and Edelsberg to serve as Lead Counsel. Based on their experience in achieving substantial recoveries in class actions, we believe that the firm is well-qualified to represent the Class.

16.    Shamis & Gentile and Edelsberg has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. We will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Doc ID: 63a47409589f13172f0c14285e53b3bef157ac52

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 4 day of November 2025.

_____
Lars Torbjörn Edgren


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 5 day of November 2025.

_____
Magnus Nilsson


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 5 day of November 2025.

_____
Peter Schröder


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 5 day of November 2025.

_____
Peter Bertilson


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 5 day of November 2025.

_____
Curt Peter Lars Rehnborg


Doc ID: 63a47409589f13172f0c14285e53b3bef157ac52