**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
Matthew M. Guiney
Patrick Donovan
Rourke C. Donahue
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
Guiney@whafh.com
Donovan@whafh.com
Donahue@whafh.com

*Counsel for Lead Plaintiff Movant Kenneth Zalba*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG,<br><br>Defendants. | Case No: 1:25-cv-05017-CHK<br><br>Hon. Clay H. Kaminsky<br><br>**NOTICE OF MOTION OF KENNETH ZALBA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>**CLASS ACTION** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Kenneth Zalba ("Movant Zalba") respectfully moves this

Court for an order: (1) appointing Movant Zalba as Lead Plaintiff in the above-captioned action

(the "Action") pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange

Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and (2)

approving Movant Zalba's selection of Wolf Haldenstein Adler Freeman & Herz LLP as Lead

Counsel for the Class.

Movant Zalba seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This Motion is based on this Notice, the attached Memorandum of Law, the Declaration of Matthew M. Guiney and attachments thereto in support thereof, and the Court's complete files and records in this Action, as well as such further argument as the Court may allow at a hearing on this Motion.

Dated: November 10, 2025

Respectfully Submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: */s/ Matthew M. Guiney*

Matthew M. Guiney
Patrick Donovan
Rourke C. Donahue
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
Guiney@whafh.com
Donovan@whafh.com
Donahue@whafh.com

*Counsel for Kenneth Zalba and [Proposed]
Lead Counsel for the Class*

2