**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
Matthew M. Guiney
Patrick Donovan
Rourke C. Donahue
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
Guiney@whafh.com
Donovan@whafh.com
Donahue@whafh.com

*Counsel for Lead Plaintiff Movant Kenneth Zalba*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG,<br><br>Defendants. | Case No: 1:25-cv-05017-CHK<br><br>Hon. Clay H. Kaminsky<br><br>**DECLARATION OF MATTHEW M. GUINEY IN SUPPORT OF KENNETH ZALBA'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>**CLASS ACTION** |

I, Matthew M. Guiney, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), counsel for lead plaintiff movant Kenneth Zalba ("Movant Zalba") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant Zalba's motion for appointment as Lead Plaintiff and approval of his selection of Wolf Haldenstein as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant Zalba;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant Zalba as a result of his transactions in Fly-E Group, Inc. securities;

**Exhibit C**:    Notice published on September 9, 2025, on *ACCESS Newswire* announcing the pendency of the securities class action against Defendants herein: *Kurt v. Fly-E Grp., Inc., et. al.*, Case No. 1:25-cv-05017-CHK;

**Exhibit D**:    Notice published on September 17, 2025, on *ACCESS Newswire* announcing the pendency of the securities class action against Defendants herein: *Kurt v. Fly-E Grp., Inc., et. al.*, Case No. 1:25-cv-05017-CHK;

**Exhibit E**:    Declaration signed by Movant Zalba in support of his motion for lead plaintiff; and

**Exhibit F**:    Firm Résumé of Wolf Haldenstein, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: November 10, 2025                     Respectfully Submitted,

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**

By: */s/ Matthew M. Guiney*
Matthew M. Guiney
Patrick Donovan
Rourke C. Donahue
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
Guiney@whafh.com
Donovan@whafh.com
Donahue@whafh.com

*Counsel for Movant Zalba and [Proposed] Lead Counsel for the Class*