# EXHIBIT D

Case 1:25-cv-05017-RER-CHK    Document 13-4    Filed 11/10/25    Page 2 of 2 PageID #: 265

Sep 17, 2025 14:30:01

# Lost Money on Fly-E Group, Inc. (FLYE)? Contact Levi & Korsinsky Before November 10, 2025 to Join Class Action

**NEW YORK, NY / ACCESS Newswire / September 17, 2025 /** If you suffered a loss on your **Fly-E Group, Inc.** (NASDAQ:FLYE) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/fly-e-group-inc-lawsuit-submission-form?prid=167948&wire=1&utm_campaign=12

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against Fly-E Group, Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between July 15, 2025 and August 14, 2025.

**CASE DETAILS:** According to the complaint, defendants provided overwhelmingly positive statements to investors while, at the same time, disseminating materially false and misleading statements and/or concealing material adverse facts concerning the safety of Fly-E's lithium battery which in turn took a material toll on its E-vehicle sales revenue, despite making lofty long-term projections, Fly-E's forecasting processes fell short as sales continued to decline and operating expenses increased, ultimately, derailing the Company's revenue projections.

On August 14, 2025, the truth emerged when Fly-E filed a form NT 10-Q: Notification of inability to timely file Form 10-Q for the first quarter of fiscal year 2026 revealing a substantial decrease of 32% in net revenues "primarily driven by a decrease in total units sold." In pertinent part, the Company attributed the decline to "recent lithium-battery accidents involving E-Bikes and E-Scooters."

Following this news, the price of Fly E's common stock declined dramatically. From a closing market price of $7.76 per share on August 14, 2025, Fly-E's stock price fell to $1.00 per share on August 15, 2025, a decline of about 87% in the span of just a single day.

**WHAT'S NEXT?** If you suffered a loss in Fly-E stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/fly-e-group-inc-lawsuit-submission-form?prid=167948&wire=1&utm_campaign=12 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

View the original press release on ACCESS Newswire

-0- Sep/17/2025 18:30 GMT