# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG,<br><br>    Defendants. | Case No.: 1:25-cv-05017-CHK<br><br>Hon. Clay H. Kaminsky |

### JOINT DECLARATION IN SUPPORT OF THE MOTION OF THE FLY-E INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      We, Marina Mazzeo, Stanley Eng, and Jan Lindberg (the "Fly-E Investor Group"), respectfully submit this Joint Declaration in support of our Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Joint Declaration"). We each have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2.      We are informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as lead plaintiff, or taken no action and remained absent class members. However, we have decided to move for lead plaintiffs in this case jointly because we believe combining our collective resources and knowledge will best serve the Class.[1]

3.      I, Marina Mazzeo, as reflected in my Certification, purchased Fly-E shares during

---

[1] The "Class" consists of all persons or entities that acquired Fly-E Group, Inc. ("Fly-E" or the "Company") securities between July 15, 2025, to August 14, 2025, inclusive, and were damaged as a result thereof.

the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Novara, Italy. I possess a master's degree in business administration. I am currently employed as an auditor. I have been investing for thirty years. I decided to seek appointment as lead plaintiff with Jan Lindberg and Stanley Eng after learning of their motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

4.      I, Stanley Eng, as reflected in my Certification, purchased Fly-E shares during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Ontario, Canada. I am currently retired, but previously I worked at Canada Post Corp. I have been investing for eight years. I decided to seek appointment as lead plaintiff with Marina Mazzeo and Jan Lindberg after learning of their motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

5.      I, Jan Lindberg, as reflected in my Certification, purchased Fly-E shares during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Hudiksvall, Sweden. I currently work as a pilot for Vista Jet, and have been employed as a pilot for thirty years. I have been investing for approximately twenty years. I decided to seek appointment as lead plaintiff with Marina Mazzeo and Stanley Eng after learning of their motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

6.      We, Marina Mazzeo, Stanley Eng, and Jan Lindberg, believe that the allegations

2

against Fly-E are meritorious and that the Class will benefit from having highly motivated investors with substantial financial interests at stake like ourselves to control the class action. If appointed lead plaintiffs, our primary goal will be to ensure that the Class achieves the largest possible recovery.

7.      We are investors who contacted and retained Levi & Korsinsky, LLP ("Levi & Korsinsky") to represent us in the Action as Lead Counsel. After discussing the allegations against Fly-E, the procedural background of the Action, the process of appointing a lead plaintiff in cases such as this, and attorneys' fees, we learned of each other's existence and similar willingness to litigate the claims of the Class.

8.      On Friday, November 7, 2025, we participated in a conference call at which time we discussed among other things: the allegations and the strength of the claims against defendants; a strategy for prosecuting the Action; the role of the lead plaintiff and the lead plaintiff selection and litigation process; the benefits that the class would receive from the leadership by investors like us; a shared desire to achieve the best possible result for the class; our interests in prosecuting the case in a collaborative manner; attorney's fees; and the actions that we will take to continue to ensure that the claims will be zealously and efficiently litigated.

9.      We believe that the Class will benefit from having three highly motivated investors with substantial financial interests at stake as lead plaintiffs. We feel that our combined efforts and knowledge will better represent the Class as a whole, which is likely made up of the same composition. We decided to work together in order to collaborate and exercise joint decision-making. We agree to work collaboratively to represent all Fly-E shareholders who suffered damages to ensure that the Class achieves the largest recovery possible.

10.     We each understand that, if appointed, we would act in the best interests of the Class during the course of the litigation to provide effective representation and to ensure that Lead

3

Counsel effectively litigates the Action. If appointed as lead plaintiffs, we agree to actively manage the prosecution of the Action including reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision making to maximize the recovery for the Class. However, if ever there is a disagreement between us that cannot be resolved, we will take a simple majority vote, with each of us possessing one vote.

11. We select Levi & Korsinsky to serve as Lead Counsel on behalf of the Class and believe Levi & Korsinsky has the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class. We are familiar with the experience, resources, and successes of our proposed Lead Counsel, Levi & Korsinsky. We are well aware that Levi & Korsinsky is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with defendants. Indeed, we believe that the firm's prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. We also believe that Levi & Korsinsky will vigorously prosecute the Action in a cost-effective manner and in the best interests of all members of the putative Class.

12. It is our goal to resolve the Action in an expeditious manner that is fair to all members of the Class. Through supervision of our chosen counsel, Levi & Korsinsky, we will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, we will direct Levi & Korsinsky to prosecute the Action in such a way to achieve a fair result for all members of the Class. We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice. We understand that we may call for a meeting or conference call at any time, including on an emergency basis if

4

necessary. We understand that meetings, conference calls, and communications may be conducted without counsel. We agree to contact one another when necessary to facilitate the best interests of the Class and to prosecute the Action. We do not foresee any problems communicating with one another or staying abreast of the progress of the litigation.

13. We, Marina Mazzeo, Stanley Eng, and Jan Lindberg, hereby reaffirm our commitment to satisfying the duties that we will owe to the Class if appointed as Lead Plaintiffs, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings, and motions in the Action. Our main goal is obtaining the largest recovery possible for the Class.

I, Marina Mazzeo, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed this November 10th, 2025.



_____

Marina Mazzeo

I, Stanley Eng, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed this November 7th, 2025.



_____

Stanley Eng

7

I, Jan Lindberg, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed this November 8th, 2025.



_____
Jan Lindberg