UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> v.<br><br>FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG,<br><br>     Defendants. | Case No.: 1:25-cv-05017-CHK<br><br>CLASS ACTION<br><br>MOVANT ELLIS REINBLATT'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, in the courtroom of the Honorable Clay H. Kaminsky, U.S. Magistrate Judge, located at the U.S. District Court for the Eastern District of New York, Long Island Courthouse, 100 Federal Plaza, Central Islip, New York, Movant Ellis Reinblatt ("Movant") will respectfully move the Court, pursuant to section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for entry of an Order: (i) appointing Movant as Lead Plaintiff in the above-captioned action; and (ii) approving Movant's selection of Robbins LLP as Lead Counsel and Johnson Fistel, PLLP as Liaison Counsel for the Lead Plaintiff and the proposed class.

The grounds for this Motion are set forth in the Memorandum of Law in Support of Movant Ellis Reinblatt's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel; and the Declaration of Ralph M. Stone in Support of Movant Ellis Reinblatt's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel, filed contemporaneously herewith.

Dated: November 10, 2025

           Respectfully submitted,

           JOHNSON FISTEL, PLLP

           /s/*Ralph M. Stone*
           RALPH M. STONE

- 1 -

620 Fifth Avenue, 2nd Floor
New York, NY 10020
Telephone: (212) 292-5690
Facsimile: (619) 363-8326
E-mail: ralphs@johnsonfistel.com

*Counsel for Movant Ellis Reinblatt and
[Proposed] Liaison Counsel*

ROBBINS LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
　　　soddo@robbinsllp.com

*Counsel for Movant Ellis Reinblatt and
[Proposed] Lead Counsel*

1709411

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed November 10, 2025.

/s/*Ralph M. Stone*
RALPH M. STONE