UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>          v.<br><br>FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG,<br><br>                              Defendants. | Case No.: 1:25-cv-05017-CHK<br><br>CLASS ACTION<br><br>DECLARATION OF RALPH M. STONE IN SUPPORT OF MOVANT ELLIS REINBLATT'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |

I, Ralph M. Stone, declare as follows:

I am a member of the bar of the State of New York and counsel for Movant Ellis Reinblatt ("Movant"), and proposed Liaison Counsel for proposed Lead Plaintiff and the class. I make this Declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

Exhibit A:   Published Notice, *Shareholder Alert: Levi & Korsinsky, LLP Notifies Investors It Has filed A Complaint to Recover Losses Suffered by Purchasers of Fly-E Group, Inc. Securities and Sets a Lead Plaintiff Deadline of November 7, 2025*, Globe Newswire (Sept. 9, 2025); and Published Notice, *Shareholders of Fly-E Group, Inc. Should Contact Levi & Korsinsky Before November 10, 2025 to Discuss Your Rights—FLYE*, Globe Newswire (Sept. 19, 2025);

Exhibit B:   Movant's Sworn Certification;

Exhibit C:   Chart of Movant's Purchases and Losses;

Exhibit D:   Firm resume of Robbins LLP; and

Exhibit E:   Firm resume of Johnson Fistel, PLLP.

I declare under penalty of perjury, on this 10th day of November, 2025, under the laws of the United States of America that the foregoing is true and correct.

                                                            /s/*Ralph M. Stone*
                                                            RALPH M. STONE

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed November 10, 2025.

/s/*Ralph M. Stone*
RALPH M. STONE