# Exhibit C

| | Fly-E Group, Inc. Loss Calculation - Reinblatt, Acct. #309L96-U | | | | |
|---|---|---|---|---|---|
| | Class Period: July 15, 2025 - August 14, 2025 | | | | |
| Date | Transaction Type | Shares | Price Per Share | Total Paid | Total Received |
| 7/30/2025 | BUY | 10380.00 | 5.7800 | (59,996.40) | - |
| 7/30/2025 | BUY | 8650.00 | 5.7800 | (49,997.00) | - |
| 8/7/2025 | SELL | -2300.00 | 6.6000 | - | 15,180.00 |
| 8/7/2025 | SELL | -12330.00 | 6.6000 | - | 81,378.00 |
| 8/7/2025 | SELL | -4400.00 | 6.6000 | - | 29,040.00 |
| 8/13/2025 | BUY | 53330.00 | 7.5000 | (399,975.00) | - |
| 8/14/2025 | BUY | 6000.00 | 7.5000 | (45,000.00) | - |
| **Shares Remaining** | | **59,330** | **LIFO Subtotal** | | **$ 15,604.60** |
| **90-Day Average Price[1]** | | **$ 0.72** | **Retained Value** | | **$ 42,662.23** |
| | | | **Cost Basis of Shares Retained** | | **$ (444,975.00)** |
| | | | **Loss** | | **$ (386,708.17)** |

(1) Using the average closing price between August 15, 2025 - October 17, 2025.

| Fly-E Group, Inc. Loss Calculation - Reinblatt, Acct. #309L96-K | | | | | |
|---|---|---|---|---|---|
| Class Period: July 15, 2025 - August 14, 2025 | | | | | |
| Date | Transaction Type | Shares | Price Per Share | Total Paid | Total Received |
| 8/13/2025 | BUY | 26666.00 | 7.5000 | (199,995.00) | - |
| Shares Remaining | | 26,666 | LIFO Subtotal | | - |
| 90-Day Average Price[1] | | $ 0.72 | Retained Value | | $ 19,174.63 |
| | | | Cost Basis of Shares Retained | | $ (199,995.00) |
| | | | Loss | | $ (180,820.37) |
| (1) Using the average closing price between August 15, 2025 - October 17, 2025. | | | | | |

| Fly-E Group, Inc. Loss Calculation - Reinblatt, Acct. #309L96B | | | | | |
|---|---|---|---|---|---|
| Class Period: July 15, 2025 - August 14, 2025 | | | | | |
| Date | Transaction Type | Shares | Price Per Share[1] | Total Paid | Total Received |
| 8/14/2025 | BUY | 7400.00 | 7.5000 | (55,500.00) | - |
| 9/17/2025 | SELL | -7400.00 | 0.7578 | - | 5,607.72 |
| Shares Remaining | | - | LIFO Subtotal | | $ (49,892.28) |
| 90-Day Average Price[2] | | $ 0.72 | Retained Value | | $ - |
| | | | Cost Basis of Shares Retained | | $ - |
| | | | Loss | | $ (49,892.28) |
| (1) Post class period sales valued using the greater of: (i) the average closing price between the end of the class period and the sales date or (ii) the actual sales price. | | | | | |
| (2) Using the average closing price between August 15, 2025 - October 17, 2025. | | | | | |