# Exhibit 2

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Fly-E Group, Inc. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis not to exceed one-third of the recovery and will advance all costs and expenses. All payments of fees and expenses shall be made only after Court review and approval. The Fly-E Group, Inc. Retention Agreement provided to the Plaintiff is incorporated by reference herein and is effective, upon execution and delivery by The Rosen Law Firm P.A.

**First Name:**      corrado
**Middle Initial:**
**Last Name:**      tavelli
**Mailing Address:**
**City:**      Redacted.
**State:**
**Zip Code:**
**Country:**
**Phone:**
**Email Address:**

Plaintiff certifies that:

1. Plaintiff has reviewed a complaint and authorized its filing or the filing of an amended complaint.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

**Purchases:**

| Type of Security | Buy Date | no of Shares | Price per Share |
| --- | --- | --- | --- |
| Common Stock | 08/12/2025 | 15000 | $70.40 |

| Type of Security | Buy Date | no of Shares | Price per Share |
| --- | --- | --- | --- |
| Common Stock | 08/14/2025 | 2600 | $7.49 |

| Type of Security | Buy Date | no of Shares | Price per Share |
| --- | --- | --- | --- |
| Common Stock | | | |

**Sales:**

| Type of Security | Sale Date | no of Shares | Price per Share |
| --- | --- | --- | --- |

| | | | |
|---|---|---|---|
| Common Stock | 08/15/2025 | 17600 | $0.86 |
| **Type of Security** | **Sale Date** | **no of Shares** | **Price per Share** |
| Common Stock | | | |

2 / 2

**I have not sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, except if set forth below.**
Not applicable

I declare and certify under penalty of perjury, under the laws of the United States of America, that the foregoing information is true and correct.    **YES**

By Signing below and submitting this certification form electronically, I intend to sign and execute this certification pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act and retain the Rosen Law Firm, P.A. to proceed on Plaintiff's behalf, on a contingent fee basis.    **YES**

Date of signing: 10/20/2025 01:20:35 at Eastern Standard Time, USA



2 / 2

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Fly-E Group, Inc. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis not to exceed one-third of the recovery and will advance all costs and expenses. All payments of fees and expenses shall be made only after Court review and approval. The Fly-E Group, Inc. Retention Agreement provided to the Plaintiff is incorporated by reference herein and is effective, upon execution and delivery by The Rosen Law Firm P.A.

**First Name:** Kristian
**Middle Initial:**
**Last Name:** Wulff
**Mailing Address:**
**City:** Redacted.
**State:**
**Zip Code:**
**Country:**
**Phone:**
**Email Address:**

Plaintiff certifies that:

1. Plaintiff has reviewed a complaint and authorized its filing or the filing of an amended complaint.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

**Purchases:**

| Type of Security | Buy Date | no of Shares | Price per Share |
|---|---|---|---|
| Common Stock | | | |

See Schedule A.

**Sales:**

| Type of Security | Sale Date | no of Shares | Price per Share |
|---|---|---|---|
| Common Stock | | | |

**I have not sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, except if set forth below.**

Not applicable

I declare and certify under penalty of perjury, under the laws of the United States of America, that the foregoing information is true and correct.    **YES**

By Signing below and submitting this certification form electronically, I intend to sign and execute this certification pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act and retain the Rosen Law Firm, P.A. to proceed on Plaintiff's behalf, on a contingent fee basis.    **YES**

Date of signing: 09/09/2025 03:37:49 at Eastern Standard Time, USA



2 / 2

# SCHEDULE A

## KRISTIAN WULFF

### TRANSACTIONS

### PURCHASES

| DATE | SHARES | PRICE |
| --- | --- | --- |
| 7/23/2025 | 92 | ($100.5980) |
| 7/23/2025 | 16 | ($100.5980) |
| 7/23/2025 | 9 | ($100.5980) |
| 7/23/2025 | 9 | ($100.5980) |
| 7/23/2025 | 8 | ($100.5980) |
| 7/23/2025 | 9 | ($100.5980) |
| 7/23/2025 | 9 | ($100.5980) |
| 7/23/2025 | 6 | ($100.5980) |
| 7/23/2025 | 1 | ($100.5980) |
| 7/31/2025 | 15 | ($117.4000) |
| 7/31/2025 | 10 | ($117.4000) |
| 7/31/2025 | 0 | ($117.4000) |
| 8/8/2025 | 185 | ($135.0000) |
| 8/14/2025 | 65 | ($150.0000) |
| 8/14/2025 | 40 | ($150.0000) |
| 8/14/2025 | 37 | ($150.0000) |
| 8/14/2025 | 3 | ($150.0000) |
| 8/14/2025 | 15 | ($150.0000) |
| 8/14/2025 | 5 | ($150.0000) |
| 8/14/2025 | 10 | ($150.0000) |
| 8/14/2025 | 105 | ($150.0000) |
| 8/14/2025 | 60 | ($150.0000) |
| 8/14/2025 | 40 | ($150.0000) |
| 8/14/2025 | 30 | ($150.0000) |
| 8/14/2025 | 45 | ($150.0000) |
| 8/14/2025 | 25 | ($150.0000) |
| 8/14/2025 | 5 | ($150.0000) |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.      I, Tarun Sethi, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Fly-E Group, Inc. (the "Company") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.      I did not purchase or acquire Company securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Company securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet (Schedule "A") lists all of my transactions in Company securities during the Class Period, as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct this day of 10/23/2025_____ .

DocuSigned by:

_Tarun_

405D20388DAD4A7

Tarun Sethi

**SCHEDULE A**

**Tarun Sethi**

CLASS PERIOD TRANSACTIONS

**PURCHASES**

| DATE | SHARES | PRICE |
|------|--------|-------|
| 8/13/2025 | 336.7 | ($150.20) |
| 8/13/2025 | 353.6 | ($150.60) |
| 8/13/2025 | 209.7 | ($150.40) |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.      I, Per-Olaf Keitsch, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Fly-E Group, Inc. ("Fly-E") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.      I did not purchase or acquire Fly-E securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Fly-E securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet (Schedule "A") lists all of my transactions in Fly-E securities during the Class Period, as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

Docusign Envelope ID: 9990E3BB-5BDB-42CF-93FF-381D1214E480

I declare under penalty of perjury, under the laws of the United States of America, that the

foregoing is true and correct this day of 9/30/2025             .

Signed by:

*Per-Olaf Keitsch*

C5AFB0DEAE774AF...

Per-Olaf Keitsch

## SCHEDULE A

## PER-OLAF KEITSCH

TRANSACTIONS

## PURCHASES

| DATE | SHARES | PRICE |
|---|---|---|
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 1.5 | ($148.00) |
| 8/12/2025 | 25 | ($148.00) |
| 8/12/2025 | 7.2 | ($148.00) |
| 8/12/2025 | 60.15 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 15 | ($148.00) |
| 8/12/2025 | 10 | ($148.00) |
| 8/12/2025 | 30 | ($148.00) |
| 8/12/2025 | 40 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 10 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 20 | ($148.00) |
| 8/12/2025 | 35 | ($148.00) |
| 8/12/2025 | 3.75 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 0.05 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 40 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 41.25 | ($148.00) |
| 8/12/2025 | 107.9 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 8.8 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 10 | ($148.00) |
| 8/12/2025 | 7.45 | ($148.00) |
| 8/12/2025 | 10 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 21.05 | ($148.00) |
| 8/12/2025 | 35 | ($148.00) |
| 8/12/2025 | 75 | ($148.00) |

| | | |
|---|---|---|
| 8/12/2025 | 10 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 36.25 | ($148.00) |
| 8/12/2025 | 10 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 10 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 20 | ($148.00) |
| 8/12/2025 | 15 | ($148.00) |
| 8/12/2025 | 4.95 | ($148.00) |
| 8/12/2025 | 0.05 | ($148.00) |
| 8/12/2025 | 25 | ($148.00) |
| 8/12/2025 | 10 | ($148.00) |
| 8/12/2025 | 8.5 | ($148.00) |
| 8/12/2025 | 13.4 | ($148.00) |
| 8/12/2025 | 10 | ($148.00) |
| 8/12/2025 | 10 | ($148.00) |
| 8/12/2025 | 35 | ($148.00) |
| 8/12/2025 | 30 | ($148.00) |
| 8/12/2025 | 4.95 | ($148.00) |
| 8/12/2025 | 10 | ($148.00) |
| 8/12/2025 | 6.25 | ($148.00) |
| 8/12/2025 | 30 | ($148.00) |
| 8/12/2025 | 22.05 | ($148.00) |
| 8/12/2025 | 13.75 | ($148.00) |
| 8/12/2025 | 2.95 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 33 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 20 | ($148.00) |
| 8/12/2025 | 25 | ($148.00) |
| 8/12/2025 | 3.75 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 3.5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 20 | ($148.00) |
| 8/12/2025 | 7.1 | ($148.00) |
| 8/12/2025 | 25 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 15 | ($148.00) |
| 8/12/2025 | 10 | ($148.00) |
| 8/12/2025 | 10 | ($148.00) |

| | | |
|---|---|---|
| 8/12/2025 | 6.5 | ($148.00) |
| 8/12/2025 | 18.95 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 3.5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 5 | ($148.00) |
| 8/12/2025 | 1.5 | ($148.00) |
| 8/13/2025 | 5 | ($150.00) |
| 8/13/2025 | 15 | ($150.00) |
| 8/13/2025 | 15 | ($150.00) |