# Exhibit 3

**Fly-E Group, Inc.**
**Class Period: July 15, 2025 through August 14, 2025**

Lookback Price

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 13.61344 |
| Kristian Wulff | 7/23/2025 | 92 | ($100.5980) | ($9,224.84) | | | | | | | | |
| | 7/23/2025 | 16 | ($100.5980) | ($1,589.45) | | | | | | | | |
| | 7/23/2025 | 9 | ($100.5980) | ($925.50) | | | | | | | | |
| | 7/23/2025 | 9 | ($100.5980) | ($925.50) | | | | | | | | |
| | 7/23/2025 | 8 | ($100.5980) | ($834.96) | | | | | | | | |
| | 7/23/2025 | 9 | ($100.5980) | ($925.50) | | | | | | | | |
| | 7/23/2025 | 9 | ($100.5980) | ($925.50) | | | | | | | | |
| | 7/23/2025 | 6 | ($100.5980) | ($583.47) | | | | | | | | |
| | 7/23/2025 | 1 | ($100.5980) | ($80.48) | | | | | | | | |
| | 7/31/2025 | 15 | ($117.4000) | ($1,761.00) | | | | | | | | |
| | 7/31/2025 | 10 | ($117.4000) | ($1,174.00) | | | | | | | | |
| | 7/31/2025 | 0 | ($117.4000) | ($52.83) | | | | | | | | |
| | 8/8/2025 | 185 | ($135.0000) | ($24,927.75) | | | | | | | | |
| | 8/14/2025 | 65 | ($150.0000) | ($9,750.00) | | | | | | | | |
| | 8/14/2025 | 40 | ($150.0000) | ($6,000.00) | | | | | | | | |
| | 8/14/2025 | 37 | ($150.0000) | ($5,595.00) | | | | | | | | |
| | 8/14/2025 | 3 | ($150.0000) | ($405.00) | | | | | | | | |
| | 8/14/2025 | 15 | ($150.0000) | ($2,250.00) | | | | | | | | |
| | 8/14/2025 | 5 | ($150.0000) | ($750.00) | | | | | | | | |
| | 8/14/2025 | 10 | ($150.0000) | ($1,500.00) | | | | | | | | |
| | 8/14/2025 | 105 | ($150.0000) | ($15,727.50) | | | | | | | | |
| | 8/14/2025 | 60 | ($150.0000) | ($9,000.00) | | | | | | | | |
| | 8/14/2025 | 40 | ($150.0000) | ($6,000.00) | | | | | | | | |
| | 8/14/2025 | 30 | ($150.0000) | ($4,500.00) | | | | | | | | |
| | 8/14/2025 | 45 | ($150.0000) | ($6,750.00) | | | | | | | | |
| | 8/14/2025 | 25 | ($150.0000) | ($3,750.00) | | | | | | | | |
| | 8/14/2025 | 5 | ($150.0000) | ($750.00) | | | | | | | | |
| | | 854 | | ($116,658.28) | | | | | 854.15 | $11,627.92 | ($105,030.36) | |
| Corrado Tavelli* | 8/12/2025 | 750 | ($148.00) | ($111,000.00) | 8/15/2025 | 880 | 17.2 | $15,136.00 | | | | |
| | 8/14/2025 | 130 | ($149.80) | ($19,474.00) | | | | | | | | |
| | | 880 | | ($130,474.00) | | 880 | | $15,136.00 | 0 | $0.00 | ($130,474.00) | |
| Tarun Sethi | 8/13/2025 | 336.7 | ($150.20) | ($50,572.34) | | | | | | | | |
| | 8/13/2025 | 353.6 | ($150.60) | ($53,252.16) | | | | | | | | |
| | 8/13/2025 | 209.7 | ($150.40) | ($31,538.88) | | | | | | | | |
| | | 900 | | ($135,363.38) | | | | | 900 | $12,252.10 | ($123,111.28) | |
| Per-Olaf Keitsch | 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | | | | | |
| | 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | | | | | |
| | 8/12/2025 | 1.5 | ($148.00) | ($222.00) | | | | | | | | |
| | 8/12/2025 | 25 | ($148.00) | ($3,700.00) | | | | | | | | |
| | 8/12/2025 | 7.2 | ($148.00) | ($1,065.60) | | | | | | | | |
| | 8/12/2025 | 60.15 | ($148.00) | ($8,902.20) | | | | | | | | |
| | 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | | | | | |
| | 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | | | | | |
| | 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | | | | | |
| | 8/12/2025 | 15 | ($148.00) | ($2,220.00) | | | | | | | | |
| | 8/12/2025 | 10 | ($148.00) | ($1,480.00) | | | | | | | | |
| | 8/12/2025 | 30 | ($148.00) | ($4,440.00) | | | | | | | | |
| | 8/12/2025 | 40 | ($148.00) | ($5,920.00) | | | | | | | | |
| | 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | | | | | |
| | 8/12/2025 | 10 | ($148.00) | ($1,480.00) | | | | | | | | |
| | 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | | | | | |
| | 8/12/2025 | 20 | ($148.00) | ($2,960.00) | | | | | | | | |
| | 8/12/2025 | 35 | ($148.00) | ($5,180.00) | | | | | | | | |
| | 8/12/2025 | 3.75 | ($148.00) | ($555.00) | | | | | | | | |
| | 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | | | | | |

| Date | Quantity | Rate | Amount |
|------|------|------|------|
| 8/12/2025 | 0.05 | ($148.00) | ($7.40) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 40 | ($148.00) | ($5,920.00) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 41.25 | ($148.00) | ($6,105.00) |
| 8/12/2025 | 107.9 | ($148.00) | ($15,969.20) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 8.8 | ($148.00) | ($1,302.40) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 10 | ($148.00) | ($1,480.00) |
| 8/12/2025 | 7.45 | ($148.00) | ($1,102.60) |
| 8/12/2025 | 10 | ($148.00) | ($1,480.00) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 21.05 | ($148.00) | ($3,115.40) |
| 8/12/2025 | 35 | ($148.00) | ($5,180.00) |
| 8/12/2025 | 75 | ($148.00) | ($11,100.00) |
| 8/12/2025 | 10 | ($148.00) | ($1,480.00) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 36.25 | ($148.00) | ($5,365.00) |
| 8/12/2025 | 10 | ($148.00) | ($1,480.00) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 10 | ($148.00) | ($1,480.00) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 20 | ($148.00) | ($2,960.00) |
| 8/12/2025 | 15 | ($148.00) | ($2,220.00) |
| 8/12/2025 | 4.95 | ($148.00) | ($732.60) |
| 8/12/2025 | 0.05 | ($148.00) | ($7.40) |
| 8/12/2025 | 25 | ($148.00) | ($3,700.00) |
| 8/12/2025 | 10 | ($148.00) | ($1,480.00) |
| 8/12/2025 | 8.5 | ($148.00) | ($1,258.00) |
| 8/12/2025 | 13.4 | ($148.00) | ($1,983.20) |
| 8/12/2025 | 10 | ($148.00) | ($1,480.00) |
| 8/12/2025 | 10 | ($148.00) | ($1,480.00) |
| 8/12/2025 | 35 | ($148.00) | ($5,180.00) |
| 8/12/2025 | 30 | ($148.00) | ($4,440.00) |
| 8/12/2025 | 4.95 | ($148.00) | ($732.60) |
| 8/12/2025 | 10 | ($148.00) | ($1,480.00) |
| 8/12/2025 | 6.25 | ($148.00) | ($925.00) |
| 8/12/2025 | 30 | ($148.00) | ($4,440.00) |
| 8/12/2025 | 22.05 | ($148.00) | ($3,263.40) |
| 8/12/2025 | 13.75 | ($148.00) | ($2,035.00) |
| 8/12/2025 | 2.95 | ($148.00) | ($436.60) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 33 | ($148.00) | ($4,884.00) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 20 | ($148.00) | ($2,960.00) |
| 8/12/2025 | 25 | ($148.00) | ($3,700.00) |
| 8/12/2025 | 3.75 | ($148.00) | ($555.00) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 3.5 | ($148.00) | ($518.00) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |
| 8/12/2025 | 20 | ($148.00) | ($2,960.00) |
| 8/12/2025 | 7.1 | ($148.00) | ($1,050.80) |
| 8/12/2025 | 25 | ($148.00) | ($3,700.00) |
| 8/12/2025 | 5 | ($148.00) | ($740.00) |

| Date | Quantity | Price | Amount | | Quantity | Value | Loss |
|---|---|---|---|---|---|---|---|
| 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | |
| 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | |
| 8/12/2025 | 15 | ($148.00) | ($2,220.00) | | | | |
| 8/12/2025 | 10 | ($148.00) | ($1,480.00) | | | | |
| 8/12/2025 | 10 | ($148.00) | ($1,480.00) | | | | |
| 8/12/2025 | 6.5 | ($148.00) | ($962.00) | | | | |
| 8/12/2025 | 18.95 | ($148.00) | ($2,804.60) | | | | |
| 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | |
| 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | |
| 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | |
| 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | |
| 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | |
| 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | |
| 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | |
| 8/12/2025 | 3.5 | ($148.00) | ($518.00) | | | | |
| 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | |
| 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | |
| 8/12/2025 | 5 | ($148.00) | ($740.00) | | | | |
| 8/12/2025 | 1.5 | ($148.00) | ($222.00) | | | | |
| 8/13/2025 | 5 | ($150.00) | ($750.00) | | | | |
| 8/13/2025 | 15 | ($150.00) | ($2,250.00) | | | | |
| 8/13/2025 | 15 | ($150.00) | ($2,250.00) | | | | |
| | 1390 | | ($205,790.00) | | 1390 | $18,922.68 | ($186,867.32) |

**Total Loss:**    ($545,482.96)

* 1:20 Stock Split occurred on 11/4/2025