UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br>    v. <br><br> FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG, <br><br> Defendants. | Case No.  1:25-cv-05017-CHK |

NOTICE OF MOTION OF THE FLY-E INVESTOR GROUP FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Fredrik Melin, Ringkallens Holding AB, Ara Ainadin Zarei, and Jan and Helena Lindberg (collectively, the "Fly-E Investor Group"), by and through their counsel, will and do hereby move this Court pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) appointing the Fly-E Investor Group as Lead Plaintiff on behalf of a class (the "Class") consisting of all investors who purchased or otherwise acquired Fly-E Group, Inc. securities between July 15, 2025, to August 14, 2025, inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

The Fly-E Investor Group is aware of Rule IV.A. of this Court's Individual Practices and Rules ("Rule IV.A."), which states, in relevant part, that "[p]arties should generally make [non-dispositive pretrial motions] as letter motions" and that, "[i]f necessary, after submission of the letter motion, the Court may advise the moving party to file a formal motion[.]"  Here, pursuant to the PSLRA, the statutory deadline to file a motion for appointment as Lead Plaintiff in this Action is November 10, 2025, on which date any member of the putative Class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II).  Further, under the PSLRA, the Court is to appoint as Lead Plaintiff the movant "that the court determines to be most capable of adequately representing the interests of class members" (*id.* § 78u-4(a)(3)(B)(i)), which requires a determination of, *inter alia*, whether the movant has timely filed its motion by the PSLRA's statutory deadline (*see id.* § 78u4(a)(3)(B)(iii)(I)).   Accordingly, to timely file this motion, the Fly-E Investor Group respectfully submits that the filing of a formal motion, made on notice, along with a supporting memorandum of law, declaration, and proposed order on the November 10, 2025 motion deadline

1

is necessary in this instance to preserve its statutory right to seek appointment as Lead Plaintiff pursuant to the PSLRA. Under these circumstances, the Fly-E Investor Group respectfully requests that compliance with Rule IV.A. be waived in this instance.

Dated: November 10, 2025

Respectfully submitted,

POMERANTZ LLP

*/s/ J. Alexander Hood II*
J. Alexander Hood II
Jeremy A. Lieberman
James M. LoPiano
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com
jalieberman@pomlaw.com
jlopiano@pomlaw.com

*Counsel for the Fly-E Investor Group and Proposed Lead Counsel for the Class*

KEHOE LAW FIRM, P.C.
Michael K. Yarnoff
(*pro hac vice* application forthcoming)
2001 Market Street
Suite 2500
Philadelphia, Pennsylvania 19103
Telephone: (215) 792-6676
myarnoff@kehoelawfirm.com

*Additional Counsel for the Fly-E Investor Group*