UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG, <br><br> Defendants. | Case No.  1:25-cv-05017-CHK |

DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF THE FLY-E INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1.    I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Fredrik Melin, Ringkallens Holding AB, Ara Ainadin Zarei, and Jan and Helena Lindberg (collectively, the "Fly-E Investor Group"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the Fly-E Investor Group's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of the Fly-E Investor Group's selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart setting forth the Fly-E Investor Group's financial interest in this litigation; |
| Exhibit B: | Press release published via *Globe Newswire* on September 9, 2025, announcing the pendency of the Action; |
| Exhibit C: | Shareholder Certifications executed by the members of the Fly-E Investor Group; |
| Exhibit D: | Joint Declaration executed by the members of the Fly-E Investor Group; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 10, 2025.

/s/ J. Alexander Hood II
J. Alexander Hood II

1