# EXHIBIT A

**Fly-E Group, Inc. (FLYE)**
**Class Period: July 15, 2025 to August 14, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 85-Days* Mean Price $0.6874 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | |
| Fredrik Melin | | 94,329 | | ($677,449) | | (94,329) | | $129,192 | 83,859 | 0 | $0 | ($548,257) |
| Ringkallens Holding AB | | 70,080 | | ($526,585) | | (70,080) | | $72,182 | 70,080 | 0 | $0 | ($454,403) |
| Ara Ainadin Zarei | | 60,680 | | ($451,100) | | (60,680) | | $61,292 | 60,680 | 0 | $0 | ($389,808) |
| Jan Lindberg | | 28,000 | | ($207,200) | | (28,000) | | $28,388 | 28,000 | 0 | $0 | ($178,812) |
| Helena Lindberg | | 28,000 | | ($207,200) | | (28,000) | | $28,734 | 28,000 | 0 | $0 | ($178,466) |
| **All** | | **281,089** | | **($2,069,534)** | | **(281,089)** | | **$319,788** | **270,619** | **0** | **$0** | **($1,749,745)** |
| | | | | | | | | | | | | |
| Fredrik Melin | 7/23/2025 | 10,470 | $5.0200 | ($52,559) | 7/31/2025 | (10,470) | $5.8000 | $60,726 | | | | |
| Fredrik Melin | 8/8/2025 | 5,150 | $6.7500 | ($34,763) | 8/15/2025 | (6,355) | $1.0500 | $6,673 | | | | |
| Fredrik Melin | 8/14/2025 | 72,084 | $7.4900 | ($539,909) | 9/19/2025 | (24,651) | $0.7606 | $18,751 | | | | |
| Fredrik Melin | 8/14/2025 | 6,625 | $7.5800 | ($50,218) | 9/22/2025 | (52,853) | $0.8144 | $43,042 | | | | |
| **Fredrik Melin** | | **94,329** | | **($677,449)** | | **(94,329)** | | **$129,192** | **83,859** | **0** | **$0** | **($548,257)** |
| | | | | | | | | | | | | |
| Ringkallens Holding AB | 8/14/2025 | 56,980 | $7.4989 | ($427,287) | 8/15/2025 | (70,080) | $1.0300 | $72,182 | | | | |
| Ringkallens Holding AB | 8/14/2025 | 13,100 | $7.5800 | ($99,298) | | | | | | | | |
| **Ringkallens Holding AB** | | **70,080** | | **($526,585)** | | **(70,080)** | | **$72,182** | **70,080** | **0** | **$0** | **($454,403)** |
| | | | | | | | | | | | | |
| Ara Ainadin Zarei | 8/12/2025 | 40,003 | $7.4000 | ($296,022) | 8/15/2025 | (765) | $1.0150 | $776 | | | | |
| Ara Ainadin Zarei | 8/13/2025 | 20,677 | $7.5000 | ($155,078) | 8/15/2025 | (15,700) | $1.0101 | $15,859 | | | | |
| Ara Ainadin Zarei | | | | | 8/15/2025 | (44,215) | $1.0100 | $44,657 | | | | |
| **Ara Ainadin Zarei** | | **60,680** | | **($451,100)** | | **(60,680)** | | **$61,292** | **60,680** | **0** | **$0** | **($389,808)** |
| | | | | | | | | | | | | |
| Jan Lindberg | 8/12/2025 | 28,000 | $7.4000 | ($207,200) | 8/15/2025 | (21,900) | $1.0400 | $22,776 | | | | |
| Jan Lindberg | | | | | 8/15/2025 | (6,100) | $0.9200 | $5,612 | | | | |
| **Jan Lindberg** | | **28,000** | | **($207,200)** | | **(28,000)** | | **$28,388** | **28,000** | **0** | **$0** | **($178,812)** |
| | | | | | | | | | | | | |
| Helena Lindberg | 8/12/2025 | 28,000 | $7.4000 | ($207,200) | 8/15/2025 | (24,782) | $1.0400 | $25,773 | | | | |
| Helena Lindberg | | | | | 8/15/2025 | (3,218) | $0.9200 | $2,961 | | | | |
| **Helena Lindberg** | | **28,000** | | **($207,200)** | | **(28,000)** | | **$28,734** | **28,000** | **0** | **$0** | **($178,466)** |

*Avg Closing Prices from August 15, 2025 to November 7, 2025