# EXHIBIT B



**Source:** *Levi & Korsinsky, LLP*

*September 09, 2025 12:58 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Fly-E Group, Inc. Securities and Sets a Lead Plaintiff Deadline of November 7, 2025

NEW YORK, Sept. 09, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Fly-E Group, Inc. ("Fly-E" or the "Company") (NASDAQ: FLYE)** <u>**between July 15, 2025, to August 14, 2025, both dates inclusive.**</u> <u>**You are hereby notified**</u> that the class action lawsuit *Dino Kurt v. Fly-E Group, Inc., et al.* (Case No. 1:25-cv-05017) has been commenced in the United States District Court for the Eastern District of New York. To get more information **go to:**

[https://zlk.com/pslra-1/fly-e-group-inc-lawsuit-submission-form](https://zlk.com/pslra-1/fly-e-group-inc-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants provided overwhelmingly positive statements to investors concerning the safety of Fly-E's lithium battery, which ultimately proved to be false and derailed the

Company's revenue and earnings. These statements caused Plaintiff and other shareholders to purchase Fly-E's securities at artificially inflated prices.

On August 14, 2025, the truth emerged when Fly-E filed a form NT 10-Q: Notification of inability to timely file Form 10-Q for the first quarter of fiscal year 2026 revealing a substantial decrease of 32% in net revenues "primarily driven by a decrease in total units sold." In pertinent part, the Company attributed the decline to "recent lithium-battery accidents involving E-Bikes and E-Scooters."

Investors and analysts reacted immediately to Fly-E's revelation. The price of Fly E's common stock declined dramatically. From a closing market price of $7.76 per share on August 14, 2025, Fly-E's stock price fell to $1.00 per share on August 15, 2025, a decline of about 87% in the span of just a single day.

**If you suffered a loss in FLYE securities, you have until November 7, 2025,** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com