# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, Fredrik Melin, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.    I have reviewed the Complaint against Fly-E Group, Inc. ("Fly-E") and authorize the filing of a comparable complaint on my behalf.

3.    I did not purchase or acquire Fly-E securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Fly-E securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    The attached sheet lists all of my transactions in Fly-E securities during the Class Period as specified in the Complaint.

6.    During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my *pro rata* share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** 9/18/2025
                 _____
                        **(Date)**

                                         DocuSigned by:

                                         *Fredrik Melin*
                                         EAFCD996510E444...
                                         _____
                                                    **(Signature)**

                                         _____
                                                **Fredrik Melin**

**Fly-E Group, Inc. (FLYE)**                                                                                           **Fredrik Melin**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 7/23/2025 | 10,470 | $5.0200 |
| Purchase/Acquisition | 8/8/2025 | 5,150 | $6.7500 |
| Purchase/Acquisition | 8/14/2025 | 72,084 | $7.4900 |
| Purchase/Acquisition | 8/14/2025 | 6,625 | $7.5800 |
| Sale | 7/31/2025 | (10,470) | $5.8000 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.  I, Fredrik Melin, on behalf of Ringkallens Holding AB ("Ringkallens"), as Managing Director and Owner, with authority to bind Ringkallens and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed the Complaint against Fly-E Group, Inc. ("Fly-E") and authorize the filing of a comparable complaint on behalf of Ringkallens.

3.  Ringkallens did not purchase or acquire Fly-E securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.  Ringkallens is willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Fly-E securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  The attached sheet lists all of Ringkallens's transactions in Fly-E securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, Ringkallens has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.  Ringkallens agrees not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond its *pro rata* share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

Docusign Envelope ID: CC6DB4B6-6DC4-450F-ABD4-3CF358EA384F

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** ___11/5/2025_____

          **(Date)**

                                                                    DocuSigned by:

                                                                    *Fredrik Melin*

                                                                    EAFCD996510E444...

                                  _____

                                      **(Signature)**

                                  **Fredrik Melin**
                                  **Managing Director and Owner**
                                  **Ringkallens Holding AB**

**Fly-E Group, Inc. (FLYE)**                                                    **Ringkallens Holding AB**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 8/14/2025 | 56,980 | $7.4989 |
| Purchase/Acquisition | 8/14/2025 | 13,100 | $7.5800 |

**Fly-E Group, Inc. (FLYE)**                                                    **Ringkallens Holding AB**

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Ara Ainadin Zarei, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed the Complaint against Fly-E Group, Inc. ("Fly-E") and authorize the filing of a comparable complaint on my behalf.

3.      I did not purchase or acquire Fly-E securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Fly-E securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of my transactions in Fly-E securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my *pro rata* share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** 9/9/2025
        **(Date)**

Signed by:

*Ara Zarei*

149FDF98DD73409...
        **(Signature)**

**Ara Ainadin Zarei**

**Fly-E Group, Inc. (FLYE)**                                                    **Ara Ainadin Zarei**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 8/12/2025 | 40,003 | $7.4000 |
| Purchase/Acquisition | 8/13/2025 | 20,677 | $7.5000 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, Jan Lindberg, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.    I have reviewed the Complaint against Fly-E Group, Inc. ("Fly-E") and authorize the filing of a comparable complaint on my behalf.

3.    I did not purchase or acquire Fly-E securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Fly-E securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    The attached sheet lists all of my transactions in Fly-E securities during the Class Period as specified in the Complaint.

6.    During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my *pro rata* share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** <u>9/14/2025</u>
 **(Date)**



**(Signature)**

**Jan Lindberg**

**Fly-E Group, Inc. (FLYE)**                                                              **Jan Lindberg**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 8/12/2025 | 28,000 | $7.4000 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Helena Lindberg, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed the Complaint against Fly-E Group, Inc. ("Fly-E") and authorize the filing of a comparable complaint on my behalf.

3.      I did not purchase or acquire Fly-E securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Fly-E securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of my transactions in Fly-E securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my *pro rata* share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** 11/5/2025

**(Date)**

Signed by:

043136362BE6409...

**(Signature)**

**Helena Lindberg**

**Fly-E Group, Inc. (FLYE)**                                                                                    **Helena Lindberg**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 8/12/2025 | 28,000 | $7.4000 |