**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG,<br><br>   Defendants. | Case No.: 1:25-cv-05017-CHK<br><br>Hon. Clay H. Kaminsky |

**JOINT DECLARATION IN FURTHER SUPPORT OF AMENDED MOTION OF THE FLY-E INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follow:

1. We, Marina Mazzeo and Stanley Eng (the "Fly-E Investor Group"), standby and incorporate the same statements in our previous joint declaration filed with our lead plaintiff motion on November 10, 2025.

2. Subsequent to filing our motion, we understand that Jan Lindberg whom we spoke with prior to filing our motion changed his mind and has withdrawn from our Fly-E Investor Group to pursue a lead plaintiff motion with a different group of investors.

3. Notwithstanding Mr. Lindberg's withdrawal, we remain committed to this case and, subject to the Court's approval, amend our motion for lead plaintiff and request that we (without Mr. Lindberg) still be considered for the lead plaintiff position.

*[Signatures on following pages]*

I, Marina Mazzeo, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed this November 13th, 2025.

_____
Marina Mazzeo

I, Stanley Eng, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this November 13th, 2025.

_____

Stanley Eng