UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG,<br><br>      Defendants. | Case No.: 1:25-cv-05017-CHK<br><br>CLASS ACTION<br><br>RESPONSE OF MOVANT ELLIS REINBLATT TO COMPETING MOVANTS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |

Movant Ellis Reinblatt ("Reinblatt") respectfully submits this Response to the competing movants' motion for appointment as Lead Plaintiff and approval of selection of counsel filed on November 7, 2025, by movants Kenneth Riisborg and Andvic Holding APS ("Riisborg and Andvic") (ECF No. 6).[1]

While the Private Securities Litigation Reform Act of 1995 does not explain how to calculate the greatest financial interest in the relief sought by the class, courts in the Second Circuit and throughout the country often look to the following to decide which movant had the largest financial interests: (i) the number of shares purchased during the class period; (ii) the number of net shares purchased during the class period (i.e., retained through the end of the class period); (iii) the total net funds expended during the class period; and (iv) the approximate losses suffered. *Maeshiro v. Yatsen Holding Ltd.*, No. 22-CV-8165(JPC)(BCM), 2023 WL 4684106, at *3 (S.D.N.Y. July 21, 2023). "The 'final factor', approximate losses, 'is by far the most important.'" *Id. citing City of Sunrise Firefighter's Pension Fund v. Citigroup, Inc.*, No. 20-cv-9132(AJN), 2021 WL 396343, at *3 (S.D.N.Y. Feb. 4, 2021).

By any measure, movants Riisborg and Andvic have a smaller financial interest than movant Reinblatt, especially when considering the most important factor, approximate losses, as shown by the following table:

| Movant | Total Loss |
|---|---|
| Reinblatt | $694,862.28 |
| Riisborg and Andvic | $216,182.23 |

Accordingly, the Court should deny movants Riisborg and Andvic motion to be appointed Lead Plaintiff.

---

[1] Movant Lazzaretti withdrew his motion (ECF No. 9) via notice filed on November 20, 2025 (ECF No. 22). Movant Reinblatt will be filing his response to the other six competing movant motions on November 24, 2025. *See* ECF Nos. 10, 11, 14, 18, and 20, filed November 10, 2025.

- 2 -

Rather, movant Reinblatt respectfully requests that the Court grant his motion appointing him as Lead Plaintiff, approve his selection of Robbins as Lead Counsel and Johnson Fistel as Liaison Counsel for the class, and grant such other relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: November 21, 2025 | Respectfully submitted, |
| | JOHNSON FISTEL, PLLP |
| | /s/*Ralph M. Stone* |
| | RALPH M. STONE<br>620 Fifth Avenue, 2nd Floor<br>New York, NY 10020<br>Telephone: (212) 292-5690<br>Facsimile: (619) 363-8326<br>E-mail: ralphs@johnsonfistel.com |
| | *Counsel for Movant Ellis Reinblatt and [Proposed] Liaison Counsel* |
| | ROBBINS LLP<br>BRIAN J. ROBBINS<br>STEPHEN J. ODDO<br>5060 Shoreham Place, Suite 300<br>San Diego, CA 92122<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>E-mail: brobbins@robbinsllp.com<br>          soddo@robbinsllp.com |
| | *Counsel for Movant Ellis Reinblatt and [Proposed] Lead Counsel* |

1711544

## CERTIFICATE OF COMPLIANCE

The undersigned counsel for Movant Ellis Reinblatt certifies that this brief contains 336 words, which complies with the word limit of L.R. 7.1(c).

Executed November 21, 2025.

                                                  /s/*Ralph M. Stone*
                                                  RALPH M. STONE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 21, 2025.

                                                  /s/*Ralph M. Stone*
                                                  RALPH M. STONE