# EXHIBIT B

| Client Name | Marina Mazzeo |
|---|---|
| Company Name | Fly-E Group, Inc. |
| Ticker Symbol | FLYE |
| Security Type | |
| Class Period Start | 07-15-2025 |
| Class Period End | 08-14-2025 |
| 90-DAY Lookback Period Start | 08-15-2025 |
| 90-DAY Lookback Period End | 11-12-2025 |
| 90-DAY Lookback Average | $0.6676 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $548,033.78 |
| DURA LIFO* Total | $548,033.78 |
| Gross Shares Purchased | 80,000 |
| Net Shares Retained | 80,000 |
| Net Funds Expended | $601,440.00 |

| Purchases | | | | Sales | | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-14-2025 | 62000 | 7.5 | $ 465,000.00 | | | | | | - | | 62000 | 62000 | $0.6676 | $ 41,389.82 | $ 423,610.18 | $ 423,610.18 |
| 08-15-2025* | 18000 | 7.58 | $ 136,440.00 | | | | | | - | | 18000 | 18000 | $0.6676 | $ 12,016.40 | $ 124,423.60 | $ 124,423.60 |
| **Total:** | **80,000** | | **$601,440.00** | | | | | | | | **80,000** | **80,000** | | **$ 53,406.22** | **$548,033.78** | **$548,033.78** |

*acquired pre-market 08-15-2025*

| Client Name | Stanley Eng |
|---|---|
| Company Name | Fly-E Group, Inc. |
| Ticker Symbol | FLYE |
| Security Type | |
| Class Period Start | 07-15-2025 |
| Class Period End | 08-14-2025 |
| 90-DAY Lookback Period Start | 08-15-2025 |
| 90-DAY Lookback Period End | 11-12-2025 |
| 90-DAY Lookback Average | $ 00.6676 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 237,079.17 |
| DURA LIFO* Total | $ 237,079.17 |
| Gross Shares Purchased | 34,750 |
| Net Shares Retained | 34,750 |
| Net Funds Expended | $260,277.50 |

| Purchases | | | | Sales | | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-14-2025 | 34750 | 7.49 | $ 260,277.50 | | | | | | - | | 34750 | 34750 | $ 00.6676 | $ 23,198.33 | $ 237,079.17 | $ 237,079.17 |
| **Total:** | **34,750** | | **$260,277.50** | | | | | | | | **34,750** | **34,750** | | **$ 23,198.33** | **$237,079.17** | **$237,079.17** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $785,112.95 |
| DURALIFO* Total | $785,112.95 |
| Gross Shares Purchased | 114,750 |
| Net Shares Retained | 114,750 |
| Net Funds Expended | $861,717.50 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.