UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG,<br><br>Defendants. | Case No.  1:25-cv-05017-CHK |

DECLARATION OF J. ALEXANDER HOOD II: (1) IN FURTHER SUPPORT OF THE MOTION OF THE FLY-E INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTIONS

I, J. Alexander Hood II, hereby declare as follows:

1.     I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Fredrik Melin, Ringkallens Holding AB, Ara Ainadin Zarei, and Jan and Helena Lindberg (collectively, the "Fly-E Investor Group"), and have personal knowledge of the facts set forth herein.  I make this Declaration in further support of the Fly-E Investor Group's motion for appointment as Lead Plaintiff for the Class in the above-captioned action and approval of its selection of Pomerantz as Lead Counsel for the Class (Dkt. No. 20); and in opposition to competing motions.

2.     Attached hereto as Exhibit A is a true and correct copy of the Supplemental Declaration in Further Support of Lead Plaintiff Motion executed by Jan Lindberg on November 20, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 24, 2025.

_/s/ J. Alexander Hood II_ 
J. Alexander Hood II

1