# EXHIBIT A

## SUPPLEMENTAL DECLARATION IN FURTHER SUPPORT
## OF LEAD PLAINTIFF MOTION

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I, Jan Lindberg, respectfully submit this Supplemental Declaration in further support of the motion (the "Lead Plaintiff Motion") (Dkt. No. 20), pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for my appointment as Co-Lead Plaintiff alongside Fredrik Melin, Ringkallens Holding AB, Ara Ainadin Zarei, and Helena Lindberg, and approval of my selection of Pomerantz LLP ("Pomerantz") as Lead Counsel in the instant class action presently pending before this Court on behalf of investors of Fly-E Group, Inc. (respectively, the "Action" and "Fly-E").  In addition to Pomerantz, I am represented by the Kehoe Law Firm, P.C. ("Kehoe") in this litigation.

2.      I understand that on November 10, 2025, both Pomerantz and Levi & Korsinsky, LLP ("L&K") filed motions on my behalf seeking, among other things, my appointment as a Co-Lead Plaintiff in this Action as part of a proposed group of Co-Lead Plaintiffs comprised of other Fly-E investors.  *See* Dkt. Nos. 14, 20.  Although I authorized both firms to file these motions, my decision to do so was based on my unknowing belief that it was advantageous to file two such motions.

3.      On November 11, 2025, the day after the motions were filed, I was contacted by an attorney from the Kehoe firm and advised of the two motions that Pomerantz and L&K filed on my behalf seeking my appointment as Lead Plaintiff.  The Kehoe attorney further informed me that, among other things, having two competing motions filed on my behalf by two different law firms could jeopardize my appointment as a Lead Plaintiff.  I then told the Kehoe attorney that I wished to proceed with Pomerantz as my designated Lead Counsel and not with L&K.

1

Docusign Envelope ID: E0E444A1-6F3F-474A-B965-510E1143F4B5

Accordingly, I promptly directed L&K to withdraw the competing motion that they filed on my behalf.

4.      My authorization of the filing of two separate motions reflected my strong desire to serve as a class representative in this litigation and arose from a good-faith misunderstanding of the significance of filing two such motions.  This decision does not reflect any misunderstanding of the responsibilities of a Lead Plaintiff appointed pursuant to the PSLRA or my readiness to undertake those responsibilities on behalf of the Class in this litigation, as set forth at length in the initial Joint Declaration that I reviewed and executed in advance of the filing of the Lead Plaintiff Motion by the Pomerantz and Kehoe firms.  *See generally* Dkt. No. 20-7.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed on this ___11/20/2025___ day of November, 2025.



Jan Lindberg

2