UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>    v.<br><br>FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG,<br><br>                    Defendants. | Case No.: 1:25-cv-05017-RER-CHK<br><br>CLASS ACTION<br><br>DECLARATION OF ELLIS REINBLATT IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |

I, Ellis Reinblatt, declare as follows:

1.      I have personal knowledge of the facts set forth in this declaration and, if called upon, could and would competently testify thereto.

2.      I am 70 years old and resident of Quebec, Canada.  I went to Concordia University in Montreal, Canada.  I received a degree in Commerce.  I recently retired as an accountant and after running my own business for approximately 20 years.  I have been investing in stocks for approximately 30 years.

3.      After reviewing the filed securities class action complaint against Fly-E Group, Inc. ("Fly-E Group"), and prior to the filing of the motion on my behalf, I discussed with my counsel the merits of this action and my losses.  After careful consideration, I agreed to move for appointment as lead plaintiff in this securities class action, and to propose the law firm of Robbins LLP as Lead Counsel for the class and Johnson Fistel, PLLP as Liaison Counsel for the class.

4.      I understand that the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4 was intended to encourage investors with large financial interests to serve as lead plaintiff in securities class actions.

- 1 -

5.      I have suffered substantial losses in connection with my purchases of Fly-E Group common stock between July 15, 2025, and August 14, 2025, inclusive (the "Class Period"), as detailed in my certification.  These losses give me substantial incentive to maximize the recovery in this action.  If the Court appoints me as Lead Plaintiff, I agree to prosecute this action vigorously to ensure that the class receives the maximum possible recovery consistent with good faith and meritorious advocacy.

6.      I believe that the Court should appoint me as Lead Plaintiff because I am a sophisticated individual investor with a significant interest in the outcome of the litigation.  I will fulfill my responsibility as Lead Plaintiff to the best of my ability.  I intend to oversee my chosen counsel, monitor the progress of the litigation, and discharge my duties to the class.  In discharging those duties, I intend, among other things, to review pleadings and motion papers received from counsel; obtain periodic status reports on the progress of the litigation and on developments in the action; produce documents, answer interrogatories, and sit for depositions, if necessary; and, have input into litigation decisions and strategies, and involvement in the final approval of any major litigation decisions, including whether or not to settle the litigation and, if so, for how much.

7.      I understand that as Lead Plaintiff, I am responsible for ensuring that the work of counsel is done efficiently and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk associated with the litigation.

8.      I understand that, if appointed, I would owe a fiduciary duty to all members of the putative class to provide fair and adequate representation for the putative class and to work with counsel to obtain the largest possible recovery.

9.      I understand the requirements and responsibilities of a Lead Plaintiff in a securities class action.  I have agreed to fairly and adequately protect the interests of the class.  I understand

that litigation of this nature has active and inactive periods, and I will make myself available as needed to fulfill my role as Lead Plaintiff.

10.     I understand that if I am appointed as Lead Plaintiff, I am subject to the jurisdiction of the Court and will be bound by all rulings by the Court.

11.     I did not purchase common stock of Fly-E Group at the direction of counsel, or in order to participate in the private action.

12.     I will not accept payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the Court.

13.     I am familiar with the background and experience of Robbins LLP and Johnson Fistel, PLLP, and am satisfied that the attorneys at those firms working on this matter are experienced in the prosecution of complex, federal class action cases and will vigorously and diligently prosecute this action at my direction and the class.  I am further satisfied that these attorneys will keep me advised of the status of the action in order to assure that I may fulfill my duty as Lead Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___11/26/2025___ day of November, 2025

ELLIS REINBLATT

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 1, 2025, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed December 1, 2025.

/s/*Ralph M. Stone*
RALPH M. STONE

- 4 -