**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINO KURT, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br><br>FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG,<br><br>    Defendants. | Case No.: 1:25-cv-05017-RER-CHK |

## JOINT STIPULATION AND [PROPOSED] ORDER
## EXTENDING TIME TO RESPOND TO COMPLAINT

**WHEREAS**, on September 8, 2025, Plaintiff Dino Kurt ("Plaintiff"), individually and on behalf of all others similarly situated, filed a putative securities class action complaint (the "Complaint") against Fly-E Group, Inc. ("Defendant Fly-E"), Zhou Ou ("Defendant Ou"), and Shiwen Feng ("Defendant Feng") (collectively, "Defendants" and, together with Plaintiff, the "Parties");

**WHEREAS**, this putative class action asserts federal securities claims arising under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). See 15 U.S.C. § 78u-4 et seq.;

**WHEREAS**, the PSLRA provides a procedure for the appointment by the Court of a lead plaintiff and lead counsel to represent the putative class pursuant to motion practice. See 15 U.S.C. § 78u-4(a)(3);

**WHEREAS,** competing motions for the appointment of lead plaintiff and lead counsel have been filed;

**WHEREAS**, lead plaintiff and lead counsel will not be appointed until after the completion of briefing on any lead plaintiff motions, and accordingly it is unclear at this time who will ultimately have the authority to act on behalf of plaintiff and the putative class, and whether the court-appointed lead plaintiff will file an amended complaint or stand on the existing Complaint filed herein;

**WHEREAS**, on September 10, 2025, the Court issued a Scheduling Order setting an initial conference for December 3, 2025, at 11:00 am, before Magistrate Judge Clay H. Kaminsky, and ordering the parties to submit a joint Proposed Discovery Plan by November 26, 2025;

**WHEREAS**, on November 25, 2025, the Court issued an Order (i) adjourning the initial conference and related deadlines *sine dine* concluding that it would be premature to hold an initial conference and enter a case management order because defendants had not yet been served with the summons and complaint, and competing motions have been filed for the appointment of lead plaintiff and lead counsel in this matter; and (ii) for Plaintiff to file either proof of service or an appropriate application by December 8, 2025;

**WHEREAS**, on December 2, 2025, Plaintiff filed an executed affidavit of service on Defendant Fly-E, c/o its registered agent;

**WHEREAS,** Defendant Fly-E's answer is currently due on December 22, 2025;

**WHEREAS,** on December 10, 2025, the Court issued an Order directing Plaintiff to file proof of service on Defendant Ou and Defendant Feng by December 15, 2025;

**WHEREAS**, on December 15, 2025, Plaintiff filed an executed affidavit of service on Defendant Ou;

**WHEREAS,** Defendant Ou's answer is currently due on January 2, 2026;

**WHEREAS**, on December 15, 2025, Plaintiff filed an executed affidavit of service on Defendant Feng;

**WHEREAS,** Defendant Feng's answer is currently due on January 2, 2026;

**WHEREAS**, pursuant to the PSLRA, all discovery in this action is stayed during the pendency of Defendants' forthcoming motion to dismiss, if any. See 15 U.S.C. § 78u-4(b)(3)(B);

**WHEREAS,** no party has previously requested or received an extension of time to answer or otherwise respond to the Complaint in the above-captioned action; and

**WHEREAS**, in order to avoid unnecessary expense to the parties and unnecessary expenditure of time by the Court prior to the appointment of lead plaintiff and lead counsel and the filing of an amended complaint or the designation of an operative complaint, the parties have agreed to set a schedule for the filing of an amended complaint or designation of an operative complaint and Defendants' responses thereto, all subject to the Court's approval.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, and subject to Court approval, that:

1. Defendants are not required to answer, move against, or otherwise respond to Plaintiffs' initial Complaint (unless it is designated as the operative complaint pursuant to paragraph 2, below).

2

2. Within fourteen (14) days of appointment of a Lead Plaintiff pursuant to 15 U.S.C. § 78u-4, counsel for the Lead Plaintiff and Defendants shall meet and confer regarding scheduling and shall submit a stipulation for the Court's approval with the Parties' proposed schedule for the filing of an amended complaint (or designating the initial complaint as operative) and the filing of any motion to dismiss.

Dated:  New York, New York
        December 18, 2025

                                        Respectfully submitted,

                                        **ELLENOFF GROSSMAN & SCHOLE LLP**

                                        _____/s/  John B. Horgan_____
                                        John B. Horgan
                                        1345 Avenue of the Americas, 11th Floor
                                        New York, New York 10105
                                        Telephone: (212) 370-1300
                                        Fax: (212) 370-7889
                                        Email: jhorgan@egsllp.com

                                        *Attorneys for Defendants*

                                        **LEVI & KORSINSKY, LLP**

                                        _____/s/  Adam Apton_____
                                        Adam Apton
                                        33 Whitehall Street, 27th Floor
                                        New York, NY 10004
                                        212-363-7500
                                        Email: aapton@zlk.com

                                        *Attorneys for Plaintiff*

**SO ORDERED**, this ___22___ day of _December_____, 2025.

                                        __/s/ Clay H. Kaminsky_____

3