| | |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG, <br><br> Defendants. | Case No.  1:25-cv-05017-RER-CHK |

### JOINT STIPULATION AND [PROPOSED] ORDER SETTING A SCHEDULE FOR FILING AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO

**WHEREAS**, on September 8, 2025, initial plaintiff Dino Kurt filed a putative securities class action complaint against defendants Fly-E Group, Inc. ("Defendant Fly-E"), Zhou Ou ("Defendant Ou"), and Shiwen Feng ("Defendant Feng") (collectively, "Defendants");

**WHEREAS**, this putative class action asserts federal securities claims arising under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. § 78u-4 *et seq*.;

**WHEREAS**, the PSLRA provides a procedure for the appointment by the Court of a lead plaintiff and lead counsel to represent the putative class pursuant to motion practice. *See* 15 U.S.C. § 78u-4(a)(3);

**WHEREAS**, pursuant to the PSLRA, the deadline to move for appointment as lead plaintiff was November 10, 2025;

**WHEREAS**, eight movants had sought to be named lead plaintiff in the above-captioned litigation;

**WHEREAS**, on December 18, 2025, the initial plaintiff and Defendant entered into a stipulation whereby, within fourteen (14) days of "appointment of a Lead Plaintiff … counsel for the Lead Plaintiff and Defendants shall meet and confer regarding scheduling and shall submit a stipulation for the Court's approval with the Parties' proposed schedule for the filing of an amended complaint (or designating the initial complaint as operative) and the filing of any motion to dismiss." (ECF. No. 41);

**WHEREAS**, on December 22, 2025, Magistrate Judge Clay H. Kaminsky entered the stipulation (ECF No. 42);

**WHEREAS**, on April 14, 2026, the Court appointed Frederik Melin ("Melin") and Melin's company, Ringkallens Holding AB, as lead plaintiff ("Lead Plaintiff", and together with Defendants, the "Parties") and Pomerantz LLP as lead counsel (ECF No. 43);

**WHEREAS**, pursuant to the Court's Order (ECF No. 42), the Parties have conferred and have reached an agreement on a schedule for amending the complaint;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL**, by and between the undersigned attorneys for the Parties, as follows:

1. By no later than June 15, 2026, Lead Plaintiff shall file his Amended Complaint.

2. By no later than August 14, 2026, Defendants shall answer the Amended Complaint, or, if they intend to file a motion to dismiss, file a pre-motion letter consistent with Section IV(A)(2) of Judge Reyes' Individual Practice Rules;

3. If Defendants file a pre-motion letter, Lead Plaintiff shall respond by August 21, 2026;

**IT IS SO STIPULATED.**

Dated: April 28, 2026                                  Respectfully submitted,

**POMERANTZ LLP**

By: /s/ *Brian P. O'Connell*

Joshua B. Silverman
(*pro hac vice* forthcoming)
Brian P. O'Connell
(*pro hac vice*)
10 S. LaSalle Street, Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-1181
Fax: (312) 229-8811
jbsilverman@pomlaw.com
boconnell@pomlaw.com

Jeremy A. Lieberman
J. Alexander Hood II
James M. LoPiano
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

*Attorneys for Lead Plaintiff*

**ELLENOFF GROSSMAN & SCHOLE LLP**

By: /s/ *John B. Horgan*
John B. Horgan
1345 Avenue of the Americas, 11th Floor
New York, New York 10105
Telephone: (212) 370-1300
Fax: (212) 370-7889
Email: jhorgan@egsllp.com

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: _____, 2026

CLAY H. KAMINSKY
United States Magistrate Judge