## AFFIDAVIT OF SERVICE

| Case: 1:25-cv-05017-RER-CHK | Court: United States District Court for the Eastern District of New York | County: N/A | Job: 16165723 (28520109) |
|---|---|---|---|
| **Plaintiff / Petitioner:** DINO KURT | | **Defendant / Respondent:** FLY-E GROUP, INC., et al | |
| **Received by:** InfoTrack US, Inc. | | **For:** Pomerantz LLP | |
| **To be served upon:** The Benchmark Company, LLC | | | |

**Recipient Name:**    Rich Messina, CEO

**Recipient Address:**    Company: 150 E 58th St 17th floor, New York, NY 10155

**Manner of Service:**    Personal Service, Jun 23, 2026, 2:14 pm EDT

**Documents:**    Summons, Amended Complaint

**Diligence / Comments:**

1) Successful Attempt: Jun 23, 2026, 2:14 pm EDT at Company: 150 E 58th St 17th floor, New York, NY 10155 received by Rich Messina, CEO.

**Statement(s):**

I, JEREMIAH CHARLES, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

_____    06/25/2026

JEREMIAH CHARLES    **Date**
LIC# 2100727-DCA

InfoTrack US, Inc. - P000634
5341 Old Redwood Highway, Suite 310
Petaluma, CA  94954
800-938-8815