## AFFIDAVIT OF SERVICE

| Case: 1:25-cv-05017-RER-CHK | Court: United States District Court for the Eastern District of New York | County: N/A | Job: 16165722 (28520111) |
|---|---|---|---|
| **Plaintiff / Petitioner:** DINO KURT | | **Defendant / Respondent:** FLY-E GROUP, INC., et al | |
| **Received by:** InfoTrack US, Inc. | | **For:** Pomerantz LLP | |
| **To be served upon:** Bin Wang | | | |

| | |
|---|---|
| **Recipient Name:** | Bin Wang |
| **Recipient Address:** | Home: 112 Rico Dr N, Morganville, NJ 07751 |
| **Manner of Service:** | Personal Service, Jun 26, 2026, 11:03 am EDT |
| **Documents:** | Summons, Amended Complaint |

**Diligence / Comments:**
1) Unsuccessful Attempt: Jun 20, 2026, 11:20 am EDT at Home: 112 Rico Dr N, Morganville, NJ 07751
No vehicles in driveway. No answer.
2) Unsuccessful Attempt: Jun 22, 2026, 2:46 pm EDT at Home: 112 Rico Dr N, Morganville, NJ 07751
No answer and no vehicles in driveway. House furnished with exterior camera
3) Unsuccessful Attempt: Jun 22, 2026, 7:07 pm EDT at Home: 112 Rico Dr N, Morganville, NJ 07751
No vehicles and no interior lights on. Neighbor stated that they live there but are not always home.
4) Unsuccessful Attempt: Jun 25, 2026, 7:50 am EDT at Home: 112 Rico Dr N, Morganville, NJ 07751
Door tag still on front door. Shoes behind front door still in same spot. Appears no one has been home all week. No vehicles seen on all attempts. Neighbor advised they rarely see their neighbors.
5) Successful Attempt: Jun 26, 2026, 11:03 am EDT at Home: 112 Rico Dr N, Morganville, NJ 07751 received by Bin Wang. Age: 56-65; Ethnicity: Asian American; Gender: Male; Weight: 175-199 lbs; Height: 5'8"-5'11"; Hair: Black;

**Statement(s):**
I, Dan Mason, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

_____        06/26/2026
Dan Mason                                **Date**

InfoTrack US, Inc. - P000634
5341 Old Redwood Highway, Suite 310
Petaluma, CA  94954
800-938-8815