## RETURN OF SERVICE

| Case: 1:25-cv-05017-RER-CHK | Court: United States District Court for the Eastern District of New York | County: N/A | Job: 16165724 (28520112) |
|---|---|---|---|
| Plaintiff / Petitioner: DINO KURT | | Defendant / Respondent: FLY-E GROUP, INC., et al | |
| Received by: InfoTrack US, Inc. | | For: Pomerantz LLP | |
| To be served upon: Alan Lawrence Jacobs | | | |

| | |
|---|---|
| Recipient Name: | SUSAN JACOBS - WIFE |
| Recipient Address: | Home: 6840 Lions Head Ln, Boca Raton, FL 33496 |
| Manner of Service: | Substitute Service, Jun 22, 2026, 12:35 pm EDT |
| Documents: | Summons, Amended Complaint |

**Diligence / Comments:**

1) Unsuccessful Attempt: Jun 18, 2026, 7:50 pm EDT at Home: 6840 Lions Head Ln, Boca Raton, FL 33496
NO VEHICLES PRESENT. "J" ON DOOR MAT. LIGHTS ON BUT MOSTLY DARK AND QUIET. (HIGH HAT LIGHTS ONLY)
2) Unsuccessful Attempt: Jun 19, 2026, 6:50 am EDT at Home: 6840 Lions Head Ln, Boca Raton, FL 33496
NO VEHICLES, LLIGHTS OFF. TINTED WINDOW
3) Successful Attempt: Jun 22, 2026, 12:35 pm EDT at Home: 6840 Lions Head Ln, Boca Raton, FL 33496 received by SUSAN JACOBS /WIFE .
HISPANIC FEMALE CAME TO DOOR. ALAN NOT HOME. WIFE SUSAN IN BED, WENT TO GET HER.

SERVED 06/22/20269 AT 12:35PM SUSAN JACOBS/CORES/WIFE 80+, FEMALE, WHITE, 120#, 5'4", BLONDE HAIR, NO GLASSES (WHEELCHAIR NEEDED)

Mailing Home: June 22, 2026

**Statement(s):**

I, WAYNE POLLICK , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

6-24-26

WAYNE POLLICK    **WAYNE Z. POLLICK** Date
**C. P. S. # 856 P.B.C.**

InfoTrack US, Inc. - P000634
5341 Old Redwood Highway, Suite 310
Petaluma, CA 94954
800-938-8815