**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DINO KURT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FLY-E GROUP, INC., ZHOU OU, and SHIWEN FENG,<br><br>Defendants. | **Case No. 1:25-cv-05017-RER-CHK**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS THE BENCHMARK COMPANY, LLC, BIN WANG, ALAN JACOBS, AND LUN FENG** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Lead Plaintiffs Fredrik Melin and Ringkallens Holding AB, ("Plaintiffs") hereby voluntarily dismiss Defendants The Benchmark Company, LLC, Bin Wang, Alan Jacobs and Lun Feng, from this lawsuit without prejudice. These parties have not served an answer or moved for summary judgment. The purported Class has not been certified. As such, Federal Rule of Civil Procedure 41 controls the dismissal of Defendants The Benchmark Company, LLC, Bin Wang, Alan Jacobs and Lun Feng.

Plaintiffs preserve all claims against the remaining Defendants in this action.

Dated: September 15, 2026

Respectfully submitted,

**POMERANTZ LLP**

By: /s/ *Brian P. O'Connell*

Joshua B. Silverman
(*pro hac vice* forthcoming)
Brian P. O'Connell
(*pro hac vice*)
10 S. LaSalle Street, Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-1181
Fax: (312) 229-8811
jbsilverman@pomlaw.com
boconnell@pomlaw.com

Jeremy A. Lieberman
J. Alexander Hood II
James M. LoPiano
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

*Attorneys for Lead Plaintiffs*

**KEHOE LAW FIRM, P.C.**
Michael K. Yarnoff
2001 Market Street
Suite 2500
Philadelphia, PA 19103
Tel: (215) 792-6676
myarnoff@kehoelawfirm.com

*Additional Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2026, a copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: September 15, 2026

**POMERANTZ LLP**

By: *[/s/ Brian P. O'Connell]*
Brian P. O'Connell